UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 05-30042 MAP |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| | ) | 21 U.S.C. § 846 - |
| | ) | Conspiracy to Possess |
| | ) | with Intent to Distribute |
| | ) | and Distribution of |
| v. | ) | Cocaine (Count one) |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession with Intent to |
| | ) | Distribute and |
| | ) | Distribution of Cocaine |
| | ) | (Count Two) |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession with Intent to |
| | ) | Distribute and |
| | ) | Distribution of Cocaine |
| | ) | Base (Count Three) |
| (1) RICARDO DIAZ, | ) | |
| and | ) | 18 U.S.C. § 2 - |
| (2) CESAR CRUZ | ) | Aiding and Abetting |
| | ) | (Count Two) |

INDICTMENT

The Grand Jury Charges:

COUNT ONE:   Title 21, United States Code, Section 846 -
Conspiracy to Possess with Intent to Distribute
and Distribution of Cocaine

From a time unknown to the Grand Jury, but at least by or about January 2005, and continuing thereafter, in Springfield, and elsewhere in the District of Massachusetts,

(1) RICARDO DIAZ
and
(2) CESAR CRUZ,

the defendants herein, did knowingly and intentionally conspire and agree with each other and persons unknown to the Grand Jury, to possess with intent to distribute, and to distribute, a quantity of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**:   **Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine; Title 18, United States Code, Section 2 - Aiding and Abetting**

On or about January 5, 2005, in Springfield, in the District of Massachusetts,

**(1) RICARDO DIAZ**
and
**(2) CESAR CRUZ**,

the defendants herein, did knowingly and intentionally possess with the intent to distribute and distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1); and, Title 18, United States Code, Section 2.

**COUNT THREE:**   **Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base**

On or about March 30, 2005, in Springfield, in the District of Massachusetts,

**RICARDO DIAZ**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

The possession with the intent to distribute and distribution of cocaine base described in Count Three of the Indictment involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to Count Three.

All in violation of Title 21, United States Code, Section 841(a)(1).

**FORFEITURE ALLEGATION**
**(21 U.S.C. § 853)**

1. As a result of the offenses alleged in Count One, Two, and Three, of this Indictment,

**(1) RICARDO DIAZ
and
(2) CESAR CRUZ,**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendants -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Paul Hart Smyth
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: _____JUNE 9_____, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT
3:55 PM

-7-

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City** Springfield    **Related Case Information:**

**County** Hampden
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Cesar Cruz    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 90 High Street

**Birth date (Year only):** 1973   **SSN (last 4 #):** 1998   **Sex** M   **Race:** Hispanic   **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Paul H. Smyth    **Bar Number if applicable** 634600

**Interpreter:** ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** June 9, 2005    **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant       Cesar Cruz

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21:846 | Conspiracy to Possess. w/intent to dist. & distr. | 1 |
| Set 2   21:841(a)(1) | Possess. w/intent to dist. & distr. of cocaine base | 2 |
| Set 3   18:002 | Aiding and abetting | 2 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

🕲JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Springfield   **Related Case Information:**

**County** Hampden   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Ricardo Diaz   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  27 Oakwood Terrace, Springfield, MA

Birth date (Year only): 1985   SSN (last 4 #): 6896   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Paul H. Smyth   Bar Number if applicable  634600

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 9, 2005   Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Ricardo Diaz

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21:846 | Conspiracy to Possess. w/intent to dist. & distr. | 1 |
| Set 2   21:841(a)(1) | Possess. w/intent to dist. & distr. of cocaine base | 2,3 |
| Set 3   18:002 | Aiding and abetting | 2 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**