# UNITED STATES DISTRICT COURT

FIRST  DISTRICT OF  MASSACHUSETTS

**UNITED STATES**

V.

**CESAR CRUZ**

**APPEARANCE**

Case Number: 05-30042 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case    United States of America

I certify that I am admitted to practice in this court.

June 9, 2005
Date

Signature

PAUL H. SMYTH                634600
Print Name                        Bar

1550 MAIN STREET, SUITE 310
Address

SPRINGFIELD,      MA     01103
City                State    Zip Code

413-785-0235      413-785-0394
Phone Number              Fax

# UNITED STATES DISTRICT COURT

FIRST        DISTRICT OF        MASSACHUSETTS

**UNITED STATES**                           **APPEARANCE**

V.

**RICARDO DIAZ**                    Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case    United States of America

I certify that I am admitted to practice in this court.

_June 9, 2005_                           _[signature]_
Date                                     Signature

                                         **PAUL H. SMYTH**          **634600**
                                         Print Name                 Bar

                                         **1550 MAIN STREET, SUITE 310**
                                         Address

                                         **SPRINGFIELD,    MA    01103**
                                         City             State  Zip Code

                                         **413-785-0235**       **413-785-0394**
                                         Phone Number           Fax