UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-30042-MAP |
| | ) |
| CESAR CRUZ, | ) |
| Defendant | ) |

### APPEARANCE OF COUNSEL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the Defendant, Cesar Cruz, in the above-entitled matter.

Joseph A. Franco, Esq.
BBO# 543038
51 Park Avenue, Suite 7
West Springfield, MA 01089
Tel: (413) 737-2675
Fax: (413) 747-1721