UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.     )<br>)<br>)<br>RICARDO DIAZ and CESAR CRUZ, )<br>Defendants  ) | Criminal Action No. 05-30042-MAP |

SCHEDULING ORDER
October 5, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference held this day:

1. A final status conference will be held on December 7, 2005, at 12:30 p.m. in Courtroom III.

2. On or before the close of business, December 5, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge