UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-30042-MAP |
| | ) | |
| RICARDO DIAZ and CESAR CRUZ, | ) | |
| Defendants | ) | |

STATUS REPORT
October 5, 2005

NEIMAN, U.S.M.J.

The court held an interim status conference this day and, in accord with Local Rule 116.5(B), reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a final Status Conference for December 7, 2005.

3. The parties – and the court – have agreed and determined that no time has run on the Speedy Trial Clock through December 7, 2005. A separate order shall issue.

4. There are no other matters relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge