UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.   )<br>)<br>)<br>RICARDO DIAZ and CESAR CRUZ, )<br>           Defendants   ) | Criminal No. 05-30042-MAP |

FINAL STATUS REPORT
January 10, 2006

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. An initial pretrial conference has been scheduled for January 31, 2006, at 2:30 p.m. in Courtroom I. Defendants will inform the court at that time whether they intend to file any dispositive motions. The parties estimate that a trial, if necessary, will take four to five days.

3. Defendants do not intend to raise defenses of insanity or public authority.

4. The parties -- and the court -- agree that, as of today, no time has run on the Speedy Trial clock.

5. There are no other matters relevant to the progress or resolution of the case.

　　　　　　　　　　　　　　　　　　  /s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN

U.S. Magistrate Judge