## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   CR 05-30042

Title:   United States v. Ricardo Diaz

## **N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge   Michael A. Ponsor   has been reassigned to Chief Judge Mark L. Wolf   for all further proceedings following entry of Judge Ponsor's Order of Recusal on January 18, 2006.  From this date forward the case number on all pleadings should be followed by the initials   MLW  .

You may contact Chief Judge Wolf's Courtroom Deputy Clerk, Dennis O'Leary at 617-748-9159 or Docket Clerk, Kathleen Boyce at 617-748-9155 for information regarding scheduling.

Thank you for your cooperation in this matter.

                                                            SARAH A. THORNTON
                                                            CLERK OF COURT

                              By:   /s/ *Virginia A. Hurley*
                                        Deputy Clerk

Date:   1/23/06

Note:  Attached to this Notice of Reassignment is a recent Notice from the Clerk of Court regarding amendments to the Local Rules mandating the use of the Court's Electronic Filing System.

Copies to:   Counsel

(MAP Notice.wpd - 3/7/2005)