```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
                                )
        v.                      )    CRIMINAL NO. 05-30042-MAP
                                )
                                )
RICARDO DIAZ,                   )
and                             )
CESAR CRUZ,                     )
    Defendants.                 )
```

THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from January 18, 2006, 2005, through the pretrial conference date.  Both Attorney Nagel and Attorney Franco request this Court to schedule the pretrial conference for a date that falls after March 1, 2006, due to their competing caseload obligations.  The parties respectfully request the time from January 18, 2006 through the pretrial conference be excluded from the period within which the trial of this case must commence under the Speedy Trial Act in the interests of justice and for reasons of continuity of counsel.  See 18 U.S.C. §3161(h)(8)(B)(iv).

It is in the best interests of the Defendant, the Government, and the public, to exclude the time from January 18, 2006 through the pretrial conference date from the period within which the trial of this case must commence under the Speedy Trial

Act.

Filed this 3rd day of February, 2006.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

    By: /s/ Paul Hart Smyth
      _____
      Paul Hart Smyth
      Assistant U.S. Attorney


      /s/ Joseph Franco
      Attorney Joseph Franco
      Counsel for Cesar Cruz


      /s/ Terry Nagel
      Attorney Terry Nagel
      Counsel for Ricardo Diaz