UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 05-30042-MLW** |
| V. | |
| **RICARDO DIAZ et al** | |
|       Defendant(s) | |

### NOTICE OF HEARING - SEALED

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on FEBRUARY 17, 2006 at 1:30 P.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.

                                      SARAH A. THORNTON
                                      CLERK OF COURT

**February 13, 2006**                    By:    **/s/ Dennis O'Leary**
    Date                                          **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                                   [ntchrgcnf.]
                                                                [kntchrgcnf.]