UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                       ) | CRIMINAL NO. 05-30042-MLW |
| ) | |
| ) | |
| RICARDO DIAZ,            ) | |
| and                      ) | |
| CESAR CRUZ,              ) | |
|     Defendants.         ) | |

**JOINT MOTION TO CONTINUE THE PRETRIAL CONFERENCE**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Terry Nagel, counsel for Ricardo Diaz, respectfully request this Court to continue the pretrial conference date in the above-captioned matter from February 17, 2006 to either February 24, 2006, or at a time before 12:00 p.m. on February 27, 2006.

In support of this motion, the Government states the following:

On February 14, 2006, this Court scheduled the pretrial conference for February 17, 2006 at 1:30 p.m.  Both the undersigned assistant U.S. Attorney and Attorney Nagel have a conflict with this time scheduled for pretrial conference.  The undersigned U.S. Attorney is scheduled to appear before Federal District Court Judge Michael A. Ponsor at 2 p.m. on February 17, 2006 for a status hearing in the case of the <u>United States v. Christopher Ward</u> (05-cr-30055-MAP).  Attorney Nagel's personal obligations conflict with him appearing in Boston on February 17,

2006.

Attorney Franco, counsel for Cesar Cruz, assents to this joint motion to continue the pretrial conference.

Filed this 15th day of February 2006.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

By:  /s/ Paul Hart Smyth
      _____
      Paul Hart Smyth
      Assistant U.S. Attorney


      /s/ Terry Nagel
      Attorney Terry Scott Nagel
      Counsel for Ricardo Diaz