```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
       v.                     )   CRIMINAL NO. 05-30042-MLW
                              )
                              )
RICARDO DIAZ,                 )
and                           )
CESAR CRUZ,                   )
    Defendants.               )
```

## MOTION FOR AN ORDER OF EXCLUDABLE DELAY

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, Attorney Joseph Franco (counsel for Cesar Cruz), and Attorney Terry Nagel (Counsel for Ricardo Diaz) respectfully move for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h) from February 24, 2006, through March 14, 2006 in the interests of justice and for reasons of continuity of counsel. See 18 U.S.C. §3161(h)(8)(B)(iv). This delay was caused by the competing schedules of each respective party.

It is in the best interests of the Defendant, the Government, and the public, to exclude the time from February 24, 2006 through March 14, 2006 from the period within which the trial of this case must commence under the Speedy Trial Act.

Filed this 26th day of February, 2006.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Paul Hart Smyth

                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney


                              /s/ Joseph Franco
                              Attorney Joseph Franco
                              Counsel for Cesar Cruz


                              /s/ Terry Nagel
                              Attorney Terry Nagel
                              Counsel for Ricardo Diaz