UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-30042

| United States of America | Ricardo Diaz & Cesar Cruz |
|---|---|
| PLAINTIFF | DEFENDANT |
| Paul Smith | Joseph Franco |
|  | Terry Nagel |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

## CLERK'S NOTES

| DATES: | Initial Pretrial Conference |
|---|---|
| 3/14/06 | Court allows government's motion to exclude time (docket no 35) |
|  | Court sets schedule for the remainder of the case.  Procedural order to issue. |
|  | Court orders the government to produce the tape recordings of the jail house phone calls by March 21, 2006 |
|  | Any motion to suppress shall be filed by April 5, 2006.  Court excludes all time from today through the pre-trial conference date of April 26, 2006. |