UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        V.                  )    Criminal No. 03-30042-MLW
                            )
CESAR CRUZ and              )
RICARDO DIAZ                )

## NOTICE OF APPEARANCE

     Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the captioned matter.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                    By:   */s/ Andrew E. Lelling*
                              ANDREW E. LELLING
                              Assistant U.S. Attorney
                              United States Attorney's Office
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3177


Dated: April 11, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 11, 2006.

                                            /s/: *Andrew E. Lelling*
                                            ANDREW E. LELLING
                                            Assistant U.S. Attorney

Dated: April 11, 2006