```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
                              )
         v.                   )    No. 05-CR-30042-MLW
                              )
CESAR CRUZ                    )
and                           )
RICARDO DIAZ,                 )
     Defendants.              )
```

<u>GOVERNMENT'S REQUEST FOR VOIR DIRE QUESTIONS</u>

The United States of America submits the attached requested voir dire questions pursuant to Fed. R. Crim. P. Rule 24(a).

1. Do you have difficulty in reading or understanding the English language?

   (  ) Yes    (  ) No

2. The evidence in this case may include recordings of conversations. Do you have any problem with your hearing that would interfere with your ability to listen to this evidence?

   (  ) Yes    (  ) No

   If yes, please explain:_____
   _____
   _____

3. You may hear evidence that the government agents used cooperating witnesses as government informants in the investigation of this case. Do you have any feelings about

the use of informants that would interfere with your ability to be impartial?

( ) Yes    ( ) No

If yes, please explain:_____

_____

_____

4. You may hear evidence that the government agents used hidden recorders to tape or record certain conversations during the investigation of this case after receiving permission and consent to tape from one of the participants in the conversation. The use of such recording devices is authorized by federal law when one of the individuals involved in the conversation consents to the recording of the conversation. Would the fact that the government used secret recording devices interfere with your ability to give fair consideration to tape-recorded evidence obtained by such means?

( ) Yes    ( ) No

If yes, please explain:_____

_____

_____

5.  Do you have any feelings about the drug laws of the United States, or prosecutions under those laws, that would interfere with your ability to be an impartial juror?

    ( ) Yes   ( ) No

    If yes, please explain:_____

    _____

    _____

                                          Respectfully submitted,
                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                              By:   /s/ Paul Hart Smyth
                                  _____
                                  Paul Hart Smyth
                                  Assistant U.S. Attorney