UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                               )<br>     v.                        )<br>                               )<br>CESAR CRUZ,                    )<br>     Defendant                 ) | Criminal No. 05-30042-MLW |

MOTION FOR SEQUESTRATION OF WITNESSES

The Defendant moves, pursuant to Mass.R.Crim.P. 21 that this Honorable Court order the sequestration of witnesses during the course of the trial. The Defendant additionally requests that the witnesses be instructed not to discuss any aspects of the case among themselves or with others during the course of the trial. Such sequestration is necessary to ensure that the Defendant receives a fair trial.

THE DEFENDANT

/s/ Joseph A. Franco, Esq.
By His Attorney
Joseph A. Franco, Esq.
BBO# 543038
51 Park Avenue, Suite 7
West Springfield, MA 01089
Tel: (413) 737-2675
Fax: (413) 747-1721