UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30042-MLW |
| v.  ) | |
| ) | |
| CESAR CRUZ, ) | |
|     Defendant ) | |

MOTION IN LIMINE TO PROHIBIT THE COMMONWEALTH FROM
MENTIONING THE EXISTENCE OF ANY OUTSTANDING
WARRANTS NOTE RELATED TO THE CASE

The Defendant respectfully moves for an in limine ruling to preclude the Commonwealth from introducing any evidence as to the nature of, or existence of, any outstanding warrants not related to the above entitled matter.

As reasons therefor, the Defendant here is charged with Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine and also is charged with Possession with Intent to Distribute and Distribution of Cocaine; Title 18, United States Code, Section 2 - Aiding and Abetting. At the time of his arrest for these crimes, he apparently had an outstanding arrest warrant on unrelated charges of being a fugitive from justice from the Springfield District Court on a Florida sexual assault case.

Permitting the jury to learn of this unrelated warrant would unduly prejudice the Defendant and provide no probative evidence for the Commonwealth.

                                            THE DEFENDANT

                                            /s/ Joseph A. Franco, Esq.
                                            By His Attorney
                                            Joseph A. Franco, Esq.
                                            BBO# 543038

51 Park Avenue, Suite 7
West Springfield, MA 01089
Tel: (413) 737-2675
Fax: (413) 747-1721