UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.   ] | No. 05-CR-30042-MLW |
| ] | |
| CESAR CRUZ and ] | |
| RICARDO DIAZ ] | |

**GOVERNMENT'S RESPONSE TO DEFENDANT CESAR CRUZ'S
MOTION FOR SEQUESTRATION OF WITNESSES**

Defendant Cesar Cruz has moved to sequester the witnesses anticipated to testify at trial starting on May 1, 2006. The government has no objection to the motion, but pursuant to Rule 615, asks that the case agent, Special Agent Mark Karangekis, be allowed to sit at counsel table for the duration of the trial.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney


    _____
    Andrew E. Lelling
    Sharron A. Kearney
    Assistant U.S. Attorneys

Date:   April 20, 2006


CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 20, 2006.

    _____
    ANDREW E. LELLING