UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.   ] | No. 05-CR-30042-MLW |
| ] | |
| CESAR CRUZ and   ] | |
| RICARDO DIAZ   ] | |

## GOVERNMENT'S EXHIBIT LIST

The United States hereby submits its exhibit list for trial of this action. The government reserves its right to supplement or modify the list in light of the evidence that is admitted at trial and with reasonable notice to the defendants. Defendants already have most of the material identified below. For items not in their possession, copies have been provided to defense counsel by facsimile on this date. Certain exhibits are not yet available, and counsel has been notified of same.

1. Drugs and packaging (January 5, 2005, transaction)

2. Drugs and packaging (March 30, 2005, transaction)

3. Chain of custody records, Federal Bureau of Investigation (January 5, 2005, transaction)

4. Chain of custody records, Federal Bureau of Investigation (March 30, 2005, transaction)

5. Massachusetts Registry of Motor Vehicles record related to Cesar Cruz (certified)

6. Massachusetts Registry of Motor Vehicles record related to Ricardo Diaz (certified)

7. CD containing recordings of telephone conversations occurring on January 5, 2005

7A. Transcript of recordings in Exhibit 7, with English translation

8. CD containing recording of telephone conversation occurring on January 7, 2005

8A. Transcript of recording in Exhibit 8, with English translation.

9.   Original CD containing video/audio of transaction on January 5, 2005

9A.  Copy CD containing video/audio recording of transaction on January 5, 2005

9B.  Transcript of recording in Exhibit 9A, with English translation.

10.  Original CD containing video/audio recording of transaction on March 30, 2005

10A. Copy CD containing video/audio recording of transaction on March 30, 2005

10B. Transcript of recording in Exhibit 10A, with English translation.

11.  Sprint cellular telephone records related to accounts 413-218-4521 and 413-218-5971, for January 1, 2005, through April 1, 2005

12.  Verizon cellular telephone records related to account 413-262-5447, for January 1, 2005, through April 1, 2005

                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

                                                        _____

                                                        Andrew E. Lelling
                                                        Sharron A. Kearney
                                                        Assistant U.S. Attorneys

Date:   April 20, 2006