UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.    ] | No. 05-CR-30042-MLW |
| ] | |
| CESAR CRUZ and ] | |
| RICARDO DIAZ ] | |

## GOVERNMENT'S *REVISED* EXHIBIT LIST

The United States hereby submits this revised exhibit list for trial of this action. It has been revised to shorten the overall number of exhibits, and to include the redacted version of one exhibit (Exhibit 8).

1.  Drugs and packaging (January 5, 2005, transaction)

2.  Drugs and packaging (March 30, 2005, transaction)

3.  Chain of custody records, Federal Bureau of Investigation (January 5, 2005, transaction)

4.  Chain of custody records, Federal Bureau of Investigation (March 30, 2005, transaction)

5.  Massachusetts Registry of Motor Vehicles record related to Cesar Cruz (certified)

6.  Massachusetts Registry of Motor Vehicles record related to Ricardo Diaz (certified)

7.  CD – recordings of two telephone conversations occurring on January 5, 2005

7A. Transcript of recording in Exhibit 7, with English translation (Call 1)

7B. Transcript of recording in Exhibit 7, with English translation (Call 2)

8.  CD – recording of telephone conversation occurring on January 7, 2005

8A. CD – redacted version of Exhibit 8

8B. Transcript of redacted version of Exhibit 8, with English translation.

9.  CD – video/audio of transactions occurring on January 5, 2005 and March 30, 2005

9A. Transcript, with English translation (January 5, 2005)

9B. Transcript, with English translation (March 30, 2005)

10. Sprint cellular telephone records related to accounts 413-218-4521 and 413-218-5971, for January 1, 2005, through April 1, 2005

11. Verizon cellular telephone records related to account 413-262-5447, for January 1, 2005, through April 1, 2005

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                                                  */s/: Andrew E. Lelling*
                                                  Andrew E. Lelling
                                                  Sharron A. Kearney
                                                  Assistant U.S. Attorneys

Date:   April 24, 2006