UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No. 05-30042 MLW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DEFENDANTS' JOINT |
| v. | ) | WITNESS LIST |
| | ) | |
| RICARDO DIAZ | ) | |

   NOW come the defendants herein, Cesar Cruz and Ricardo Diaz, and reserve the right to examine the following witness at trial, in addition to the witnesses listed by the government:

1. Enrique MacDonald, Certified Court Interpreter
   28 Sherman Ave
   Northampton MA 01060
   (413) 584-3727

DATED: April 25, 2006                Respectfully submitted,
                                     Ricardo Diaz, Defendant


                                By: /s/ Terry Scott Nagel
                                    Terry Scott Nagel, Esq.
                                    95 State Street, Suite 918
                                    Springfield, MA 01103
                                    (413) 731-8811
                                    BBO#:  366430

                                By: /s/ Joseph Franco
                                    Joseph A. Franco
                                    51 Park Ave, Suite 7
                                    West Springfield, MA 01089
                                    (413) 737-26756
                                    BB) #543038