

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

FILED
IN CLERKS OFFICE

2006 APR 25  P 3: 57

U.S. DISTRICT COURT
DISTRICT OF MASS

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

April 25, 2006

The Honorable Chief Judge Mark L. Wolf
United States District Court
1 Courthouse Way
Boston, Massachusetts   02210

    Re:   United States v. Cruz, et al.
             Criminal No. 05-30042-MLW

Dear Chief Judge Wolf:

    According to the pretrial order in this case, fact stipulations are due from the parties today. This letter is simply to notify the Court that the parties are currently negotiating a stipulation regarding Government's Exhibit 8, but cannot finalize its terms today. Counsel will be prepared to confirm the stipulation at tomorrow's pretrial conference.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                            By: _____

                            ANDREW E. LELLING
                            Assistant U.S. Attorney

cc: Sharron Kearney, AUSA
    Counsel of Record (by fax)