UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-30042

| United States of America | Ricardo Diaz |
|---|---|
| PLAINTIFF | Cesar Cruz |
| | DEFENDANT |
| Andrew Lelling | Terry Nagle |
| Sharon Kearney | John Franco |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

## CLERK'S NOTES

| DATES: | Pretrial Conference |
|---|---|
| 4/26/06 | Interpreter, Deborah Huacuja, sworn in. |
| | Court takes up the schedule of the trial with the parties and the outstanding motions. |
| | Court continues the trial date to September 5, 2006. |
| | Court with the agreement of the parties excludes all the time from today through 9/5/06. |
| | Court orders the parties to continue to work on the transcripts and to report regarding any disputes by 5/19/06. Parties file any supplemental briefing by 5/19/06. Parties to report back for a further pre-trial conference on 6/13/06. Parties if necessary, can file a motion to continue the conference until August for a date mutually convenient date. |