```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
    v.                       )    C.R. No. 05-30042-MLW
                             )
RICARDO DIAZ                 )
and                          )
CESAR CRUZ,                  )
    Defendants.              )
```

ORDER

WOLF, D.J.                                         April 26, 2006

For the reasons described in detail in court on April 26, 2006, it is hereby ORDERED that:

1. The parties shall, by May 19, 2006, confer and report as to whether there are any disputes regarding the transcripts of the recorded conversations of the defendants and how they propose any such disputes be resolved.

2. Any additional motions or replies to pending motions shall be filed by May 19, 2006. Any responses to such submissions shall be filed by June 2, 2006.

3. Unless otherwise ordered, a Pretrial Conference will be held on June 13, 2006, at 3:00 p.m. The parties shall, by April 28, 2006, confer and report as to a week in August 2006, in which the parties are available for the Pretrial Conference and, if there is such a week, move to continue the June 13, 2006, Pretrial Conference to that week.

5.  With the agreement of the parties, the time from April 26, 2006 through September 5, 2006, is excluded for Speedy Trial Act purposes because the ends of justice served by the delay outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161(h)(8)(A).


                      /s/ MARK L. WOLF
                      UNITED STATES DISTRICT JUDGE