

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*

*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

May 3, 2006

The Honorable Chief Judge Mark L. Wolf
United States District Court
1 Courthouse Way
Boston, Massachusetts     02210

    Re:    United States v. Cruz, et al.
              Criminal No. 05-30042-MLW

Dear Chief Judge Wolf:

     In the Court's scheduling order of April 26, 2006, the Court ordered the parties to confer and identify a week in August 2006 in which all parties are free for a pretrial conference.  The parties have conferred and all counsel are free the week of August 7, if a date during that week is convenient for the Court.

     Please note that, while the Court's order required this information to be submitted by April 28, 2006, the parties did not receive service of the order by ECF until yesterday, May 2.

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                        By: /s/: *Andrew E. Lelling*

                        ANDREW E. LELLING
                        SHARRON KEARNEY
                        Assistant U.S. Attorney

cc: Joseph Franco, Esquire
    Terry Nagel, Esquire