UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 05-CR-30042-MLW |
| | ] | |
| CESAR CRUZ and | ] | |
| RICARDO DIAZ | ] | |

**MOTION TO CONTINUE PRETRIAL CONFERENCE DATE**

Pursuant to paragraph 3 of the Court's order of April 26, 2006, the United States, on behalf of all parties, hereby moves to continue the pretrial conference in this case, presently scheduled for June 13, 2006, to a date convenient for the Court during the week beginning Monday, August 7, 2006.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                       By:    */s/: Andrew E. Lelling*
                              Andrew E. Lelling
                              Sharron A. Kearney
                              Assistant U.S. Attorneys

Date:   May 3, 2006

---

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 3, 2006.

                                            */s/: Andrew E. Lelling*
                                            ANDREW E. LELLING