

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*     *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

May 19, 2006

Honorable Mark L. Wolf
United States Courthouse
District Of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02110

    Re:    <u>United States v. Cruz, et al.</u>, Criminal No. 05-30042-MLW

Dear Judge Wolf,

    As your honor requested on April. 26, 2006, the government has provided the defense with copies of all transcripts we seek to enter in evidence at trial. Specifically, on May 8, 2006, the government provided copies of the transcripts of (a) two telephone calls on January 5, 2005; (b) the drug transaction on January 5, 2005; and (c) the drug transaction on March 30, 2005. On May 10, 2005, the government also provided the defense with a copy of the transcript from the jail call made by defendant Cruz on January 7, 2005.

    Thus far, the government has not heard from the defense regarding any disputes they may have with the content of the transcripts. The only remaining issue is what, if any redactions need to be made to the jail phone call, which we hope to resolve with the defense soon.

    Very truly yours,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   _____
    Sharron A. Kearney
    Andrew E. Lelling
    Assistant U.S. Attorneys

cc:    Joseph Franco, Esquire
        Terry Nagel, Esquire

April 19, 2006
Page 2