UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-30042

| United States of America | Ricardo Diaz |
|---|---|
| PLAINTIFF | Cesar Cruz |
|  | DEFENDANT |
| Andrew Lelling | Terry Nagel |
| Sharon Kearney | Joseph Franco |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Pretrial Conference |
|---|---|
| 8/9/06 | Neither defendant appears in court. Cruz was previously excused by the court. Diaz was not able to appear due to car problems. Court informs counsel for Diaz that if he fails to appear again he runs the risk of having his release revoked. Government presses his motion to continue to September 25, 2006. Attorney Franco objects as he has a civil commitment case in Hampden Superior Court. Court schedules the trial for September 18, 2005. Court denies the defendants' request for written voir dire to the jury pool. Court reissues the sequestration order and directs the clerk to enter both orders as one was previously issued in April but not docketed. Court orders defendants to file any objection to government lead agent being in courtroom by 8/31/2006. Government shall respond by 9/8/06. Court allows defense counsels' motion for funds for hotel while on trial. Stipulations shall be filed by 9/8/06. Defendants do not anticipate any exhibits except for some from Probate Court. Court allows government's motion in limine (docket no 66). Defendants do not object to the use of transcripts of recorded conversations. Court orders the parties to work together to get the transcripts. Any objections should be filed by 9/8/06. Parties shall also report whether the use of readers of the transcripts is agreeable to all parties. Court orders the parties to confer and report regarding stipulations and redactions regarding calls to the jail house by 9/8/06 as well. Court orders the government to supplement the briefing with regard to admissibility concerning motion docket no 64 by 9/8/06. All documents related to the motion must be turned over to the defendants by 8/16/06. Defense counsel advises that they will have exhibits regarding the record of a government witness. Court orders the defendants to produce the documents by 8/16/06. Court denies the motion for bill of particulars (docket no 88). Court directs defense counsel to work with the clerk to fashion a subpoena Rios file for an in camera review by the court to be produced by 8/31/06. Court does not exclude references to the Latin Kings generally. |

CR # 05-30042-MLW          United States     v   Diaz et al   PAGE    2

| DATE | |
|---|---|
| 08/9/06 | Court direct defendants to submit a question to be asked during voir dire by 9/8/06. Parties ordered to confer and report by 9/8 whether there is any issue regarding the recent domestic abuse charge against Rios. Parties are also to report regarding whether the case wil go to trial by 9/8/06. |

(CLKNOTES-P2 - 12/98)