```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | Cr. A. No.05-30042-MLW |
| ) | |
| RICARDO DIAZ   ) | |
| CESAR CRUZ    ) | |

<u>ORDER</u>

WOLF, D.J.                                            August 9, 2006

It is hereby ORDERED pursuant to Fed. R. Evid. 615 that each witness in this case:

1. Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

2. Shall be excluded from the courtroom except when testifying, except for the defendant and a designated representative of the government;

3. Shall not after testifying tell any prospective witness what he or she was asked or answered.

This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege, such communications may be explored on direct and/or cross-examination of the witness.

                                    /s/ MARK L. WOLF
                                  UNITED STATES DISTRICT COURT