UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Cr. A. No.05-30042-MLW
)
RICARDO DIAZ )
CESAR CRUZ )

ORDER

WOLF, D.J.                                              April 26, 2006

It is hereby ORDERED pursuant to Fed. R. Evid. 615 that each witness in this case:

1. Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

2. Shall be excluded from the courtroom except when testifying, except for the defendant and a designated representative of the government;

3. Shall not after testifying tell any prospective witness what he or she was asked or answered.

This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege, such communications may be explored on direct and/or cross-examination of the witness.

/s/ Mark L. Wolf
UNITED STATES DISTRICT COURT