UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CRIMINAL DOCKET NO. 05-30042-MLW |
| ) | |
| CESAR CRUZ, ) | |
| Defendant ) | |

**MOTION IN LIMINE FOR JURY VOIR DIRE QUESTIONS**

Now comes the Defendant, Cesar Cruz, and moves this Court to ask the following voir dire question(s) of the entire venire.

1. There may be testimony in this case regarding gangs and gang affiliation. It may be alleged that one or more defendant was a member of the so-called "Latin Kings". Would your knowledge or impressions of gangs tend to render you unable to be fair and impartial in deciding this matter?

THE DEFENDANT

 /s/ Joseph A. Franco, Esq.
By His Attorney
Joseph A. Franco, Esq.
BBO# 543038
51 Park Avenue, Suite 7
West Springfield, MA 01089
Tel: (413) 737-2675
Fax: (413) 747-1721

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 30, 2006.

 /s/ Joseph A. Franco, Esq.