UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )    No. 05-30042-MLW |
| | ) |
| CESAR CRUZ and  RICARDO DIAZ | ) |

**SUPPLEMENT TO GOVERNMENT'S OPPOSITION TO DEFENDANT
CESAR CRUZ'S MOTION IN LIMINE TO PRECLUDE
IMPEACHMENT BY PRIOR CONVICTIONS**

As set forth in the government's original response, which is incorporated by reference

herein, the government opposes defendant Cesar CRUZ's motion in limine to preclude

introduction of his prior criminal convictions in the event that he takes the stand.  In a case in

which the defendant wants the credibility of witnesses to be *the* crucial determinate, the Court

should allow the jury to get a realistic picture of Cruz's criminal record (which, as indicated

below, includes several convictions and demonstrates that he is less likely than most to be

deterred from lying under oath).

At the pre-trial conference on August 9, 2006, the Court asked whether Cruz's prior

criminal convictions were admissible, in light of the fact that they appeared to be more than ten

years old. As set forth in more detail below, although the convictions (being the date of the guilty

plea) are more than 10 years old, Cruz was not released from prison until June 24, 1997 – within

10 years – rendering the underlying convictions admissible under Federal Rule of Evidence

("FRE") 609(b).[1]

Pursuant to FRE 609(b) evidence of a conviction is not admissible when, "a period of

---

[1]  After clarifying some information about CRUZ's criminal history, the government is no longer requesting
permission to examine on four prior convictions, as set forth in the government's original response, but on only
three.

more than ten years has elapsed since the date of the conviction *or of the release of the witness from the confinement imposed for that conviction, whichever is the later date* . . . ." (Emphasis added.) When the defendant is in prison for part of the ten-year period, the underlying conviction may be admissible, assuming the Court determines that the conviction's probative value outweighs any prejudice to the defendant.[2]

In accordance with the foregoing principles, the government seeks to question CRUZ about the convictions set forth below should he take the stand in his own defense.[3] As set forth in the government's original response, the government will not mention or make any inquiry as to the type of crime involved, but will simply establish that the defendant was convicted of three separate "felonies" in Springfield District Court on the dates below (it appears that the three separate offenses were bundled into a single plea and sentencing hearing):

| | | |
|---|---|---|
| 1. | Docket #: | 9423 CR 10156 |
| | Charge: | Distributing Class A Controlled Substance (heroin) in a Drug Free Zone |
| | Pled guilty: | 6/9/95 |
| | Sentence: | 90 days House of Corrections 2 years (on and after) |
| | Incarcerated: | 6/9/95 to 6/24/97 |
| | | |
| 2. | Docket #: | 9423 CR 11213 |
| | Charge: | Distributing a Class A Controlled Substance (heroin) in a Drug Free zone |
| | Pled guilty: | 6/9/95 |
| | Sentence: | 90 days House of Corrections 2 years (on and after) concurrent with Docket # 9423 CR 10156 |

---

[2] The government's argument that the probative value of Cruz's convictions outweighs any prejudice is set forth in our original opposition response.

[3] A copy of CRUZ's criminal history is attached at Exhibit A. Copies of the certified convictions in the government's possession are attached at Exhibit B.

|                |                                                          |
|----------------|----------------------------------------------------------|
| Incarcerated:  | 6/9/95 to 6/24/97                                         |

3.  Docket #:       9423 CR 12318
    Charge:         Possession Class A (heroin)
                    Possession Class B (cocaine)
                    Possession of Class A with Intent to Distribute (heroin)
    Pled guilty:    6/9/95
    Sentence:       2 years House of Corrections
                    concurrent w/ Docket #s: 9423 CR 10156, 9423 CR 11213
    Incarcerated:   6/9/95 to 6/24/97

Based upon the fact that for all three convictions Cruz was not released from prison until

June 24, 1997, the underlying convictions clearly fall within the period prescribed by rule 609(b).

Accordingly, based upon the above-mentioned facts and the incorporated arguments set forth in

our original response in opposition, CRUZ's motion in limine should be denied and the

government should be permitted to inquire as proposed above.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY


By:    /s/ Sharron A. Kearney
       SHARRON A. KEARNEY
       ANDREW E. LELLING
       Assistant U.S. Attorneys

Date:  September 8, 2006

| APPLICATION FOR COMPLAINT | ☐ ADULT ☐ JUVENILE | NUMBER 99-11213 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

| ☒ ARREST | ☐ HEARING | ☑ SUMMONS | ☐ WARRANT |
|---|---|---|---|

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION

Springfield District Court
50 State Street
Springfield, MA 01103

| DATE OF APPLICATION 10-7-94 | DATE OF OFFENSE 9-21-94 | PLACE OF OFFENSE Spfld |
|---|---|---|

NAME OF COMPLAINANT

ADDRESS AND ZIP CODE OF COMPLAINANT

| | NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|---|
| | 1. | UDHZ | 818a |
| | 2. | | |
| | 3. | | |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Ceasar Cruz Sanchez
aka Ceasar Cruz
44 Myrtle St Spfld Ma

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | AT | TIME OF HEARING | COURT USE ← ONLY |
|---|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | | | | Christine Mechle |
| 2 | | | | heroin |
| 3 | | | | |
| 4 | additional charge (not included in original complaint) | | | |

OTHER REMARKS: See original complaint #9423CR-10156 and arrest report to it dtd 9-21-94
In conference 10-7-94

X _____
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH 4-5-73 | PLACE OF BIRTH Spfld Ma | SOCIAL SECURITY NUMBER 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 | SEX M | RACE PR | HEIGHT 67 | WEIGHT 170 | EYES Bro | HAIR Bro |
|---|---|---|---|---|---|---|---|---|

| OCCUPATION Nokre | EMPLOYER/SCHOOL — | MOTHER'S NAME (MAIDEN) Sanchez | FATHER'S NAME |
|---|---|---|---|

## COURT USE ONLY

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | ASSISTANT CLERK |
| 10/7/94 | PROCESS TO ISSUE ☒ Sufficient evidence presented ☐ Defendant failed to appear | TYPE OF PROCESS ☐ Warrant ☑ Summons returnable 10/7/94 |

COMMENTS

☐ Continued to _____

DC-CR2 (3/88)

**DOCKET**

9423CR 11213

| COURT DIVISION | | |
| --- | --- | --- |
| Spfld. | | |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

☐ Waived
☒ Retained *Amy Caruso*
☐ Assigned

TERMS OF RELEASE

Ceasar Cruz Sanchez
AKA Ceasar Cruz
44 Myrtle ST.
Spfld.,Mass

**OCT 07 1994**

| DATE | PROCEEDING |
| --- | --- |
| | ☒ Arraigned before J.   **Cote, J.** |
| | ☒ Advised of right to counsel |
| | ☒ Advised of right to drug exam |
| | ☐ Advised of right to bail review |
| | ☐ Advised of right to F.I. Jury Trial |
| | ☐ Waives   ☐ Requests F.I. Jury Trial |
| | ☐ Advised of alien rights |
| | ☐ Warrant issued  ☐ Default warrant issued |
| | ☐ Default removed   ☐ Warrant recalled |
| | ☐ Warrant issued  ☐ Default warrant issued |
| | ☐ Default removed   ☐ Warrant recalled |

| DEF. DOB AND SEX | OFFENSE CODE(S) |
| --- | --- |
| 4,5,73  PR,M | 816a |

| DATE OF OFFENSE | PLACE OF OFFENSE |
| --- | --- |
| 9,21,94 | Spfld. |

**JUN - 9 1995**

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
| --- | --- |
| Glenn Lungarini | Spfld |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
| --- | --- |
| 10,7,94 | Summons returnable 10,7,94 confer |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
| --- | --- | --- | --- | --- |
| .DRUG FREE ZONE C94C 32J | | | 30 | 30 |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
| --- | --- | --- |
| **OCT 07 1994** | ☐ Not Guilty  ☐ Guilty  ☐ Nolo | 24m HJC |
| **JUN - 9 1995** | ☐ New Plea:        ☐ Admits suff. facts | |
| | FINDING   GUILTY | conc w/ 94-23 ch 12-31a |
| | JUDGE   Sheehy | |
| | | FINAL DISPOSITION          DATE |
| | ☐ Cont. w/o finding until: | ☐ Discharged from probation |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | ☐ Dismissed at request of probation |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
| --- | --- | --- | --- | --- |
| | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
| --- | --- | --- |
| | ☐ Not Guilty  ☐ Guilty  ☐ Nolo | |
| | ☐ New Plea:        ☐ Admits suff. facts | PAYMENT OF FINE/COSTS/FEES  7-4-95 |
| | FINDING       JUDGE | SUSPENDED UNTIL |
| | | FINAL DISPOSITION          DATE |
| | ☐ Cont. w/o finding until: | ☐ Discharged from probation |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | ☐ Dismissed at request of probation |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
| --- | --- | --- | --- | --- |
| | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
| --- | --- | --- |
| | ☐ Not Guilty  ☐ Guilty  ☐ Nolo | |
| | ☐ New Plea:        ☐ Admits suff. facts | |
| | FINDING       JUDGE | |
| | | FINAL DISPOSITION          DATE |
| | ☐ Cont. w/o finding until: | ☐ Discharged from probation    A TRUE COPY |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | ☐ Dismissed at request of probation |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
| --- | --- | --- | --- | --- |
| | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
| --- | --- | --- |
| | ☐ Not Guilty  ☐ Guilty  ☐ Nolo | ASSISTANT CLERK |
| | ☐ New Plea:        ☐ Admits suff. facts | |
| | FINDING       JUDGE | |
| | | FINAL DISPOSITION          DATE |
| | ☐ Cont. w/o finding until: | ☐ Discharged from probation |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | ☐ Dismissed at request of probation |

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | START | STOP |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 12/20/94 | (C) | Cote, J. | | JUN - 9 1995 | 95-212 | | |
| | | | | JUN - 9 1995 | 95-213 | | |

☐ SEE REVERSE SIDE FOR DOCKET ENTRIES OF MOTIONS, CASE NOTES AND OTHER ACTIONS

| DATE | DOCKET ENTRIES |
|------|----------------|
| DEC 20 1994 | DEFAULT & WARRANT                    (Beattie) |
| MAR 1 3 1995 | DEFT. BEFORE COURT ON WARRANT   continued    DEFAULT REMOVED  C 3/23/95 ◯ |
| 3-23-95 | C 4/4/95  ptc #1 |
| 4-14-95 | c 5-9-95  (Trial)          Dusek-Gomez (n)    (Dusek-Cooney J) |
| MAY - 9 1995 | C 6/9/95  (T)          Dusek-Gomez (n) |
| JUL 2 1 1995 | PAYMENT OF FINE/COSTS/FEES    EXTENDED UNTIL  8-25-95 |
| 11/18/98 | Warrant  non payment 30 - per  probation per |
| 11-20-98 | Warrant Issued (LB) |
| JAN 07 2005 | wR  $ revoked  case closed   Leroy. L |

| CRIMINAL COMPLAINT | 9423CR 11213 | Trial Court of Massachusetts District Court Department |
|---|---|---|

| COURT DIVISION | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT: |
|---|---|---|
| Spfld. | Ceasar Cruz Sanchez AKA Ceasar Cruz 44 Myrtle ST. Spfld.,Mass | The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below. |

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 4,5,73  PR,M | 818a |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 9,21,94 | Spfld. |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| Glenn Lungarini | Spfld |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 10,7,94 | Summons returnable 10,7,94 conference session |

**COUNT-OFFENSE**

.DRUG FREE ZONE C94C 32J

did knowingly or intentionally manufacture, distribute, dispense or possess with intent to manufacture, distribute, or dispense within 1000 feet of the real property comprising a public or private elementary, vocational, or secondary school whether or not in session or a within 100 feet of a park or playground to wit.City of Spfld. Chestnut Middle School, a controlled substance to wit, heroin in violation of M.G.L. C94C S32J.

**COUNT-OFFENSE**

**COUNT-OFFENSE**

A TRUE COPY. ATTEST:
Robert E. Zeim
ASSISTANT CLERK

**COUNT-OFFENSE**

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|
| FIRST JUSTICE George Sheehy | X | 10-7-94 | |
| A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | COURT ADDRESS 50 State St. Spfld.,,Mass |

Commonwealth of Massachusetts
District Court Department

## FINDING OF JUDGE-DETERMINATION OF INDIGENCY

TO ANY JUSTICE OR CLERK-MAGISTRATE
OF THE DISTRICT COURT DEPARTMENT

After considering the report and recommendation of the probation officer or other appropriate court employee, and, after interrogating the defendant named in the complaint on the reverse side, if appropriate, based upon the standards in Supreme Judicial Court Rule 3:10, **I FIND THAT THE DEFENDANT IS:**

☐ **INDIGENT** because the defendant:

    ☐ receives Aid to Families with Dependent Children (AFDC)

    ☐ receives Emergency Aid to Elderly, Disabled and Children (EAEDC)

    ☐ receives poverty-related veterans' benefits.

    ☐ receives food stamps.

    ☐ receives refugee resettlement benefits.

    ☐ receives Medicaid.

    ☐ receives Supplemental Security Income (SSI).

    ☐ is a patient in a mental health facility or treatment center (or is the subject of a proceeding for admission to such a facility) and lacks available funds.

    ☐ is serving a sentence in a correctional institution and has no available funds.

    ☐ is held in custody in a jail and has no available funds.

    ☐ has an annual income, after taxes, 125% or less of the current poverty threshold referred to in G.L. c. 261, § 27A(b).

    ☐ is determined to be indigent pursuant to S.J.C. Rule 3:10, Section 4(b) [Judge's Section 4(b) findings on the record are appended].

☐ **INDIGENT BUT ABLE TO CONTRIBUTE,** and is therefore ordered to pay

    $_____ toward the cost of counsel because

    the defendant:

    ☐ has an annual income, after taxes, of more than 125% and less than 250% of the current poverty threshold referred to in G.L.c. 261, § 27A(b).

    ☐ is charged with a felony within the jurisdiction of the Superior Court and has available funds sufficient to pay a portion of the anticipated cost of counsel.

    ☐ is determined to be indigent but able to contribute pursuant to S.J.C. Rule 3:10, Section 4(b) [Judge's Section 4(b) findings on the record are appended].

☐ **NOT INDIGENT** and is able to pay the anticipated cost of counsel [Judge's findings on the record are appended if this finding is pursuant to S.J.C. Rule 3:10, Section 4(b)].

_____    _____
Date    District Court Justice

## CERTIFICATE OF JUDGE — WAIVER OF COUNSEL

I hereby certify that the defendant named in the complaint on the reverse side has been informed of his/her right to counsel in accordance with Supreme Judicial Court Rule 3:10 and G.L. c. 211D, §5; that he/she has knowingly elected to proceed without a lawyer; and that he/she has:

    ☐ Executed a waiver of counsel in my presence.

    ☐ Refused to sign a waiver.

_____    _____
Date    District Court Justice

APPEARANCE (CRIMINAL)

NO. _____

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.

SPRINGFIELD DIVISION
DISTRICT COURT DEPARTMENT

COMMONWEALTH

_vs._

_____, 19___

ENTER _____ OUR APPEARANCE FOR THE DEFENDANT IN THE ABOVE ENTITLED CASE.

_PHILLIP CAVICCHI_
ATTORNEY FOR DEFENDANT

_80 Maple St._
STREET

_Spfld MA_
CITY, STATE

_732-1188_
TELEPHONE NO.

| APPLICATION FOR COMPLAINT | ☑ ADULT  ☐ JUVENILE | NUMBER 94 -10156 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

☑ ARREST    ☐ HEARING    ☐ SUMMONS    ☐ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION

Springfield District Court
50 State Street
Springfield, MA 01103

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 9-22-94 | 9-21-94 | Spfld |

NAME OF COMPLAINANT

ADDRESS AND ZIP CODE OF COMPLAINANT

| NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|
| 1. | Dist Class A | 806 |
| 2. | | |
| 3. | | |
| 4. | | |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Cesar Cruz Sanchez
Aka Cesar Cruz
44 Myrtle St Spfld Mass

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING  AT | COURT USE ← ONLY |
|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | | | | Heroin |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

OTHER REMARKS:

see arrest report

X _____
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 4-5-73 | Spfld Ma | 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 | M | PR | 67 | 130 | Bro | Bro |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| Bpr | Self | Sanchez | Rodriguez |

A TRUE COPY ATTEST

ASSISTANT CLERK

▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | NO PROCESS TO ISSUE  ☐ At request of complainant  ☐ Complainant failed to prosecute  ☐ Insufficient evidence having been presented | |
| 9/22/94 | PROCESS TO ISSUE  ☑ Sufficient evidence presented  ☐ Defendant failed to appear | TYPE OF PROCESS  ☐ Warrant  ☐ Summons returnable _____ |
| | ☐ Continued to _____ | |

COMMENTS

CR2 (3/88)

COURT COPY

Springfield District Court
50 State Street
Springfield, MA 01103

# SPRINGFIELD POLICE DEPARTMENT

**GENERAL REPORT FORM**

09 **MONTH**　23 **DAY**　94 **YEAR**

TYPE OF REPORT. SPECIFY: **ARREST REPORT**

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

## DETAILS OF REPORT

SIR:

ABOUT 10:45am, 09-23-94, SGT. TRITES, SGT. COOK, OFFICERS F. FERRER, P. DIAZ, J. JACKSON, AND I PLACED UNDER ARREST THE FOLLOWING: 1) CESAR CRUZ, D.O.B 04-05-73, SS# 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, OF 44 MYRTLE ST. FOR 1) DIST. CL. "A" ( HEROIN ) 2) VIOLATION DRUG FREE SCHOOL ZONE AND 2) JULIA NOGUERA, D.O.B 11-07-57, SS# 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, OF 22 JOHNSON ST. FOR 1) POSS. CL. "A" ( HEROIN ).

PRIOR TO THE ARRESTS, THIS OFFICER HAD THE AREA OF PROSPECT ST. AND MASSASOIT ST. UNDER SURVEILLNCE FROM A SECURE AND UNOBSTRUCTED LOCATION THIS AREA IS A HIGH CRIME AREA KNOWN FOR THE SALE OF ILLICIT NARCOTICS WHERE NUMEROUS ARRESTS HAVE BEEN MADE IN THE PAST FOR THE SAME. THIS

| POST NO. | REPORTED FOR DUTY | 8:00a M | |
|---|---|---|---|
| CAR NO. | | | REPORTING OFFICER |
| DISTRICT NO. NARCOTICS | REPORTED OFF DUTY | 4:00p M | KEVIN LEE #40363 |

DIVISION AFFECTED

---

# SPRINGFIELD POLICE DEPARTMENT

**GENERAL REPORT FORM**

09 **MONTH**　23 **DAY**　94 **YEAR**

TYPE OF REPORT. SPECIFY: **ARREST REPORT**

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

## DETAILS OF REPORT

OFFICERS ATTENTION BECAME FOCUSED ON A PR/M, WEARING A BLACK VEST WITH A WHITE SEAT SHIRT UNDERNEATH, OLIVE COLORED PANTS, AND A BLACK BASEBALL CAP ( LATER I.D AS CRUZ ) WHO WAS TANDING IN FRONT OF 100 MASSASOIT ST. AT ONE POINT A RED COLORED FOUR DOOR CHEVY PULLED IN FRONT OF 100 MASSASOIT STA AND WAS APPRAOCHED BY CRUZ. AFTER A BRIEF CONVERSATION WITH THE PASSENGER, CRUZ REMOVED A WHITE COLORED ITEM FROM HIS RIGHT FRONT PANT POCKET AND HANDED IT TO THE PASSENGER ( LATER I.D AS NOGUERA ) IN EXCHANGE FOR GREEN PEPER MONEY. THIS OFFICER GAVE THE DESCRIPTION AND DIRECTION OF TRAVEL TO THE ABOVE OFFICERS WHO STOPPED TH THE CHEVY AT CHESTNUT ST. AND ALLENDALE ST? SGT. TRITES APPROACHED THE PASSENGER SIDE OF THE CHEVY AND OBSERVED NOGUERA PLACE A WHITE ITEM

| POST NO. | REPORTED FOR DUTY | 8:00a M | |
|---|---|---|---|
| CAR NO. | | | REPORTING OFFICER |
| DISTRICT NO. NARCOTICS | REPORTED OFF DUTY | 4:00p M | KEVIN LEE #40363 |

DIVISION AFFECTED

# SPRINGFIELD POLICE DEPARTMENT

**GENERAL REPORT FORM**

| 09 | 23 | 94 |
|----|----|----|
| MONTH | DAY | YEAR |

TYPE OF REPORT.
SPECIFY:  **ARREST REPORT**

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

## DETAILS OF REPORT

INTO HER MOUTH. WITH THE ASSISTENCE OF OTHER OFFICERS, NOGUERA SPIT
A WHITE PLASTIC BAG CONSISTENTING OF WHITE POWDER TO THE GROUND, THIS
BAG BEING CONSISTENT WITH HEROIN. NOGUERA WAS PLACED UNDER ARREST.
WHILE EFFECTING THE ARREST OF NOGUERA THIS OFFICER OBSERVED CRUZ
INVOLVED IN TWO OTHER SIMILAR TRANSACTIONS, ONE OF WHICH WAS A
TRANSACTION WITH A WHITE MALE ON FOOT AND THE OTHER WITH A COPPER
STAION WAGON. AFTER EACH TRANSACTION CRUZ WOULD ENTER A GRAY RX-7
MAZDA, MA-REG 538-CMD, AND RETURN TO THE AREA IN WHICH HE WAS STANDING.
CRUZ ENTERED THE GRAY MAZDA, THIS OFFICER GAVE A DESCRIPTION AND
DIRECTION OF TRAVEL TO THE ABOVE OFFICERS AND ASKED THEM TO STOP THE
MAZDA, THE ABOVE OFFICERS STOPPED THE MAZDA AT CHESTNUT ST. AND

| POST NO. | REPORTED FOR DUTY | 8:00a | M | |
|----------|-------------------|-------|---|---|
| CAR NO. | | | | REPORTING OFFICER |
| DISTRICT NO. NARCOTICS | REPORTED OFF DUTY | 4:00p | M | KEVIN LEE #40363 |

DIVISION AFFECTED

---

# SPRINGFIELD POLICE DEPARTMENT

**GENERAL REPORT FORM**

| 09 | 23 | 94 |
|----|----|----|
| MONTH | DAY | YEAR |

TYPE OF REPORT.
SPECIFY:  **ARREST REPORT**

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

## DETAILS OF REPORT

MONTMORENCI ST. WHERE CRUZ WAS PLACED UNDER ARREST. LOCATED ON THE
PERSON OF CRUZ WAS $ 61.00. MAZDA SEIZED TAG # 141525, MONEY TAGGED #
141526, HEROIN TAG # 141524. THE ABOVE TRANSACTIONS TOOK PLACED
WITHIN A 1,000 FT. OF THE CHESTNUT ST. MIDDLE SCHOOL WHICH IS AN
A FUNCTIONING SCHOOL IN THE CITY OF SPRINGFIELD.

ASSISTANT CLERK

RESPECTFULLY SUBMITTED

| POST NO. | REPORTED FOR DUTY | 8:00a | M | |
|----------|-------------------|-------|---|---|
| CAR NO. | | | | REPORTING OFFICER |
| DISTRICT NO. NARCOTICS | REPORTED OFF DUTY | 4:00p | M | KEVIN LEE #40363 |

# DOCKET

9423CR 10156

ATTORNEY NAME
☐ Waived
☒ Retained  ATTY LAURO
☐ Assigned

| COURT DIVISION | | | |
| Spfld. | | | |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Cesar Cruz Sanchez
AKA  Cesar Cruz
44 Myrtle St.
Spfld.,Mass

| DEF. DOB AND SEX | OFFENSE CODE(S) |
| 4,5,73  PR,,M | 806 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
| 9,21,94 | Spfld. |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
| Glenn Lungarini | Spfld. |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
| 9,22,94 | arrest |

TERMS OF RELEASE

| DATE | PROCEEDING |
| --- | --- |
| SEP 2 2 1994 | ☒ Arraigned before J. Schubert |
| | ☐ Advised of right to counsel |
| | ☐ Advised of right to drug exam |
| | ☐ Advised of right to bail review |
| JUN - 9 1995 | ☐ Advised of right to F.I. Jury Trial |
| | ☐ Waives  ☐ Requests F.I. Jury Trial |
| | ☐ Advised of alien rights |
| | ☐ Warrant issued  ☐ Default warrant issued |
| | ☐ Default removed  ☐ Warrant recalled |
| | ☐ Warrant issued  ☐ Default warrant issued |
| | ☐ Default removed  ☐ Warrant recalled |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
| .MFG.,DISTRIB.,DISPENSING CLASS A SUB. C94C S32 | | | | 30 k |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
| SEP 2 2 1994 | ☐ Not Guilty  ☐ Guilty  ☐ Nolo | |
| JUN - 9 1995 | ☐ New Plea:  ☐ Admits suff. facts | FILED |
| | FINDING  |  JUDGE  Sheehy | WITH CONSENT OF DEFENDANT |
| | GUILTY | |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION  DATE |
| | | ☐ Discharged from probation |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | ☐ Dismissed at request of probation |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
| | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
| | ☐ Not Guilty  ☐ Guilty  ☐ Nolo | |
| | ☐ New Plea:  ☐ Admits suff. facts | |
| | FINDING  JUDGE | |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION  DATE |
| | | ☐ Discharged from probation |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | ☐ Dismissed at request of probation |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
| | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
| | ☐ Not Guilty  ☐ Guilty  ☐ Nolo | |
| | ☐ New Plea:  ☐ Admits suff. facts | |
| | FINDING  JUDGE | |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION  DATE |
| | | ☐ Discharged from probation  ASSISTANT CLERK |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | ☐ Dismissed at request of probation |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
| | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
| | ☐ Not Guilty  ☐ Guilty  ☐ Nolo | |
| | ☐ New Plea:  ☐ Admits suff. facts | |
| | FINDING  JUDGE | |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION  DATE |
| | | ☐ Discharged from probation |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | ☐ Dismissed at request of probation |

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | START | STOP |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SEP 2 2 1994 | C. 10/7/94 | (Schubel) | | JUN - 9 1995 | 95-212 | | |
| | For Arraignment Answer | | | JUN - 9 1995 | 95-213 | | |

☐ SEE REVERSE SIDE FOR DOCKET ENTRIES OR NOTES

| DATE | DOCKET ENTRIES |
|---|---|
| OCT 07 1994 | ATTY CAURO C 12/20/94 (C) Cote, J. Beattie |
| DEC 20 1994 | DEFAULT & WARRANT |
| MAR 13 1995 | APP'L BEFORE COURT OR WARRANT DEFAULT REMOVED Warrant — Warrant |
| | C 3/23/95 (C) |
| 3-23-95 | C 4/14/95 ptc #1 Dusek Gomez (J) |
| 4-14-95 | C 5-9-95 (T) (Dusk Gomez J) |
| MAY 9 1995 | C 6-9-95 (T) Dusek-Gomez JJ |
| JUL 21 1995 | PAYMENT OF FINE/COSTS/FEES EXTENDED UNTIL 8-25-95 |
| 11/18/98 | Warrant — non payment 30 — per probation per WARR |
| 11-20-98 | Warrant Issued (DB) |
| JAN 07 2005 | UN, $ revoked, case dol Totten J |

Case 3:05-cr-30042-MLW   Document 1004   Filed 09/30/2010   Page 20 of 80

| TENDER OF PLEA OR ADMISSION | DOCKET | Trial Court of Massachusetts District Court Department |
|---|---|---|

**COURT DIVISION**

Springfield District Court
50 State Street
Springfield, MA 01103

**COMMONWEALTH VS** _Costa Smakas_

**NAME OF DEFENDANT**

## TENDER OF PLEA OR ADMISSION

**PART I:** To be completed, where possible, prior to the Pretrial Hearing, subscribed by both counsel and submitted to the court by the defendant at that hearing.

Defendant in this case hereby tenders the following: ☒ **PLEA OF GUILTY** ☐ **ADMISSION TO FACTS SUFFICIENT FOR A FINDING OF GUILTY,** conditioned on the following dispositional terms. [Include all proposed terms (guilty finding, finding of sufficient facts continued without finding, fine, costs, probation, restitution, dismissal, etc.).] Counts/offenses as listed on complaint:

Count/offense 1 _Guilty 90 days HOC   D lerc   1 day HOC_

Count/offense 2 _Guilty 2 yrs. O/H   Concurrent w/_

Count/offense 3 _94 1238_

Count/offense 4 _____

(Attach an additional sheet, if necessary)

The above-listed terms are submitted for the court's consideration ☐ **WITH** ☐ **WITHOUT** the agreement of the Commonwealth.

Signatures:

_____    _____
Defense Counsel          Date      Assistant District Attorney     Date

**PART II:** To be completed by the Court.

### COURT'S RULING

The court ☒ **ACCEPTS** the Plea/Admission tendered on the terms set forth above, and will impose sentence in accordance with such terms, subject to submission of defendant's written jury waiver (see reverse side), completion of the required colloquy, determination of factual basis and notice of alien rights.

A TRUE COPY, ATTEST
_____ E. Plein
ASSISTANT CLERK

The court ☐ **REJECTS** the dispositional terms set forth above and, in accordance with Mass. R. Crim. P. 12(c)(6), will set forth the dispositional terms it would find acceptable.

### DEFENDANT'S DECISION UPON REJECTION OF TERMS

Defendant ☐ **WITHDRAWS** tendered Plea/Admission; Pretrial Hearing to be completed and trial date scheduled, if necessary.

Defendant ☐ **ACCEPTS** terms set forth by the Court; Plea/Admission to be accepted by court and said dispositional terms imposed, subject to submission of defendant's written jury waiver (see reverse side), completion of the required colloquy, determination of factual basis and notice of alien rights.

_____
Judge

(Final dispositional terms to be announced on the record and recorded on case docket sheet.)

CR 22 (1/94)

| WAIVER OF JURY TRIAL AND DEFENSE COUNSEL'S CERTIFICATE | DOCKET NUMBER | Trial Court of Massachusetts District Court Department |
|---|---|---|

**COURT DIVISION**

Springfield District Court
50 State Street
Springfield, MA 01103

COMMONWEALTH VS.

NAME OF DEFENDANT

## WAIVER OF RIGHT TO BE TRIED BY JURY
### (G.L. c. 263, s. 6)

I, the above-named defendant, have been informed of my right to be tried by a jury. I understand that right. I have decided to waive that right. I have chosen to plead guilty or admit to a finding of guilty.

_____  _____
DATE                     SIGNATURE OF DEFENDANT

## DEFENSE COUNSEL'S CERTIFICATE
### (G.L. c. 218, s. 26A)

I, the undersigned counsel for the above-named defendant in the case captioned above, certify that with regard to the waiver of the right to jury trial, I have explained the following to said defendant:

That the jury consists of members of the community;

That the defendant may participate in their selection;

That the verdict of the jury must be unanimous; and

That the jury must decide guilt or innocence while the judge makes rulings of law in the course of the trial and instructs the jury on the law, and imposes sentence in case of guilt.

_____  _____
DATE                     SIGNATURE OF DEFENSE COUNSEL

DC-CR 22 (1.94)(reverse)

**Trial Court of Massachusetts**
**District Court Department**

FINDING OF JUDGE

**TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:**

The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein, the defendant did commit the offense(s) listed below.

| | |
|---|---|
| **COURT DIVISION** Spfld. | **NAME, ADDRESS AND ZIP CODE OF DEFENDANT** Cesar Cruz Sanchez AKA Cesar Cruz 44 Myrtle St. Spfld.,Mass |
| **DEF. DOB AND SEX** 4,5,73  PR,M | **OFFENSE CODE(S)** 806 |
| **DATE OF OFFENSE** 9,21,94 | **PLACE OF OFFENSE** Spfld. |
| **COMPLAINANT** Glenn Lungarini | **POLICE DEPARTMENT (if applicable)** Spfld. |
| **DATE OF COMPLAINT** 9,22,94 | **RETURN DATE AND TIME** arrest |

**COUNT-OFFENSE**

.MFG.,DISTRIB.,DISPENSING CLASS A SUB. C94C S32

not being authorized by law, did knowingly or intentionally manufacture, distribute or dispense a controlled substance in Class "A" of G.L. c.94C s.31, to wit: heroin, in violation of G.L. c.94C s.32.

**COUNT-OFFENSE**

**COUNT-OFFENSE**

**COUNT-OFFENSE**

**COUNT-OFFENSE**

TRUE COPY, ATTEST

Robert E. Dein

**ASSISTANT CLERK**

CERTIFICATE OF JUDGE — WAIVER OF COUNSEL

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASS'T CLERK X Robert E. Dein | ON (DATE) 9/22/94 | ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|
| **FIRST JUSTICE** Sneeny | **COURT ADDRESS** 50 State St. Spfld.,Mass | | |
| **TRUE COPY** **CLERK-MAGISTRATE/ASST. CLERK** ATTEST: X | **ON (DATE)** | | |

# FINDING OF JUDGE-DETERMINATION OF INDIGENCY

After considering the report and recommendation of the probation officer or other appropriate court employee, and after interrogating the defendant named in the complaint on the reverse side, if appropriate, based upon the standards in Supreme Judicial Court Rule 3:10, I FIND THAT THE DEFENDANT IS:

☐ **INDIGENT** because the defendant:

    ☐ receives Aid to Families with Dependent Children (AFDC).

    ☐ receives Emergency Aid to Elderly, Disabled and Children (EAEDC).

    ☐ receives poverty-related veterans' benefits.

    ☐ receives food stamps.

    ☐ receives refugee resettlement benefits.

    ☐ receives Medicaid.

    ☐ receives Supplemental Security Income (SSI).

    ☐ is a patient in a mental health facility or treatment center (or is the subject of a proceeding for admission to such a facility) and lacks available funds.

    ☐ is serving a sentence in a correctional institution and has no available funds.

    ☐ is held in custody in a jail and has no available funds.

    ☐ has an annual income, after taxes, 125% or less of the current poverty threshold referred to in G.L. 261, § 27A(b).

    ☐ is determined to be indigent pursuant to S.J.C. Rule 3:10, Section 4(b) [Judge's Section 4(b) findings on the record are appended].

☐ **INDIGENT BUT ABLE TO CONTRIBUTE,** and is therefore ordered to pay

    $_____ toward the cost of counsel because

the defendant:

    ☐ has an annual income, after taxes, of more than 125% and less than 250% of the current poverty threshold referred to in G.L.c. 261, § 27A(b).

    ☐ is charged with a felony within the jurisdiction of the Superior Court and has available funds sufficient to pay a portion of the anticipated cost of counsel.

    ☐ is determined to be indigent but able to contribute pursuant to S.J.C. Rule 3:10, Section 4(b) [Judge's Section 4(b) findings on the record are appended].

☑ **NOT INDIGENT** and is able to pay the anticipated cost of counsel [Judge's findings on the record are appended if this finding is pursuant to S.J.C. Rule 3:10, Section 4(b)].

_9/22/94_         _____
Date                 District Court Justice

---

## CERTIFICATE OF JUDGE — WAIVER OF COUNSEL

I hereby certify that the defendant named in the complaint on the reverse side has been informed of his/her right to counsel in accordance with Supreme Judicial Court Rule 3:10 and G.L. c. 211D, §5; that he/she has knowingly elected to proceed without a lawyer; and that he/she has:

    ☐ Executed a waiver of counsel in my presence.

    ☐ Refused to sign a waiver.

_____      _____
Date                 District Court Justice

Case 3:05-cv-30142-MLW   Document 102-5   Filed 01/18/2008   Page

| APPLICATION FOR COMPLAINT | ☑ ADULT ☐ JUVENILE | NUMBER 99 12518 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

| ☑ ARREST | ☐ HEARING | ☐ SUMMONS | ☐ WARRANT |
|---|---|---|---|

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION

Springfield District Court
50 State Street
Springfield, MA 01103

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 11-2-99 | 11-2-99 | Spfld |

NAME OF COMPLAINANT

ADDRESS AND ZIP CODE OF COMPLAINANT

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Ceasar Sanchez Cruz
AKA Ceasar Cruz Sanchez
44 Myrtle St #22 Spfld Ma

| NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1. | Dist Class A | 94C |
| 2. | Dist Class A | 807 |
| 3. | Poss Class A w/i | 805 |
| 4. | V O C S 2 | 818a |

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING AT | COURT USE ← ONLY |
|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| IO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | | | | Heroin |
| 2 | | | | Cocaine |
| 3 | | | | Heroin |
| 4 | | | | Chestnut Middle School |

OTHER REMARKS:

see police report

x _____
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 4-5-73 | Spfld Ma | 583 43 1898 | M | W | 5 8 | 130 | Bro | Blk |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| | | Calista Sanchez | Francis Rios |

| COURT USE ONLY | | | | ASSISTANT CLERK |
|---|---|---|---|---|

| DATE | DISPOSITION | | AUTHORIZED BY |
|---|---|---|---|
| | NO PROCESS TO ISSUE ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | | |
| 11/2/99 | PROCESS TO ISSUE ☑ Sufficient evidence presented ☐ Defendant failed to appear | TYPE OF PROCESS ☐ Warrant ☐ Summons returnable _____ | |
| | ☐ Continued to _____ | | |

COMMENTS

IC-CR2 (3/88)

# SPRINGFIELD POLICE DEPARTMENT

11 - 1 - 94

MONTH    DAY    YEAR

### GENERAL REPORT FORM

TYPE OF REPORT.
SPECIFY:     ARREST REPORT                                PG 1 OF 5

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

## DETAILS OF REPORT

SIR:

AT 7:40P.M. NARCOTICS BUREAU DETECTIVES D.WILLIAMS,F.FOSSA,T.KENNEY, AND I

ARRESTED AT FRANKLIN ST. & MURRAY HILL AVE. A

1.ALBERTO T.BAEZ H/M OF 2141 MAIN ST. SPFLD. MASS. D.O.B. 3-28-53,SS#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.

FOR 1.POSS. OF CLASS "A" HEROIN

2.POSS. OF CLASS "B" COCAINE

AT ARMORY ST. & WORTHINGTON STS. A

2.CEASAR CRUZ SANCHEZ H/M OF 44 MYRTLE ST.2ND. FLR. SPFLD. MASS. D.O.B. 4-5-73,

SS# 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. FOR 1.DIST. OF CLASS "A" HEROIN

2.DIST. OF CLASS "B" COCAINE

3.POSS. OF CLASS "A" HEROIN W/I TO DIST.

| POST NO. NARCOTICS | REPORTED FOR DUTY      4P    M | |
| CAR NO. | | |
| DISTRICT NO. | REPORTED OFF DUTY     12A    M | SGT.THOMAS MELEADY  REPORTING OFFICER |

**RECORDS COPY**

---

# SPRINGFIELD POLICE DEPARTMENT

11 - 1 - 94

MONTH    DAY    YEAR

### GENERAL REPORT FORM

TYPE OF REPORT.
SPECIFY:    ARREST REPORT                                 PG 2 OF 5

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

## DETAILS OF REPORT

A TRUE COPY ATTEST

Robert E. ___
ASSISTANT CLERK

4. VIO. OF A DRUG FREE SCHOOL ZONE (CHESTNUT MIDDLE SCHOOL)

PRIOR TO THE ARRESTS SGT.T.MELEADY SET UP A SURVEILLANCE ON THE AREA OF PROSPECT

ST. & MASSASOIT ST. FROM A SECURE LOCATION, AND WITH A CLEAR AND UNOBSTRUCTED VIEW.

THIS IS A HIGH CRIME AREA KNOWN FOR THE ILLICIT SALE OF NARCOTICS WHERE NUMEROUS

ARRESTS HAVE BEEN MADE FOR THESE OFFENSES. AND THE FOCUS OF MANY COMPLAINTS FROM

AREA RESIDENTS OF OPEN DRUG DEALING. DURING THE SURVEILLANCE MY ATTENTION BECAME

FOCUSED ON SEVERAL H/M'S THAT WERE LOITERING AROUND #100 MASSASOIT ST. AND ALSO

THE CORNER OF PROSPECT ST. & MASSASOIT ST. ONE SUBJECT WEARING A BOSTON BRUINS

BALL HAT, JACKET,GOLD PANTS, AND BOOTS LATER I.D. AS (SANCHEZ) WOULD RUN OUT TO

PASSING CARS THAT WOULD STOP ON MASSASOIT ST. AND EXCHANGE SMALL ITEMS WITH THE

OCCUPANTS FOR PAPER CURRENCY WHICH HE WOULD PLACE INTO HIS PANTS POCKET RETURNING-

| POST NO.  NARCOTICS | REPORTED FOR DUTY     4P    M | |
| CAR NO. | | |
| DISTRICT NO. | REPORTED OFF DUTY    12A    M | SGT.THOMAS MELEADY  REPORTING OFFICER |

**RECORDS COPY**

# SPRINGFIELD POLICE DEPARTMENT
## GENERAL REPORT FORM

11 - 1 - 94
NTH    DAY    YEAR

E OF REPORT, SPECIFY:    **ARREST REPORT**        PG 3 OF 5

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

### DETAILS OF REPORT

TO THE FRONT OF #100 MASSASOIT ST. AT ONE POINT A WHITE NEON PULLED ONTO MASSASOIT ST. FROM PROSPECT ST. AND STOPPED NEXT TO THE EAST CURB AND THE PASSENGER GOT OUT OF THE VEHICLE AND STOOD ON THE SIDEWALK WHEN SANCHEZ RAN OVER TO HIS LOCATION AND ENGAGED IN A SHORT CONVERSATION WITH THE PASSENGER OF THE NEON, WHEN SANCHEZ REACHED INTO HIS PANTS POCKET AND DISPLAYED A SMALL ITEM IN HIS OPEN HAND TO THE OTHER SUBJECT WHO TOOK ONE OR MORE OF THESE ITEMS IN EXCHANGE FOR GREEN PAPER MONEY WHICH SANCHEZ PLACED INTO HIS PANTS POCKET. THE NEON THEN LEFT THE AREA EAST ON LEXINGTON ST. I RADIOED THIS INFORMATION TO PRE-POSITIONED OFFICERS WHO WERE ABLE TO STOP THE NEON AT CAREW ST. & MELHA AVE. WHERE OFFICER T.KENNEY OBSERVED THE PASSENGER PUT A ITEM INTO HIS MOUTH AND SWALLOW IT. A FURTHER CHECK OF THE CAR AND THE OCCUPANTS PROVED NEGATIVE FOR NARCOTICS. WHILE OFFICERS WERE STOPPING THE-

| POST NO. NARCOTICS | REPORTED FOR DUTY | 4P | M | |
|---|---|---|---|---|
| CAR NO. | | | | |
| DISTRICT NO. | REPORTED OFF DUTY | 12A | M | REPORTING OFFICER SGT.THOMAS MELEADY |

RECORDS COPY

---

# SPRINGFIELD POLICE DEPARTMENT
## GENERAL REPORT FORM

11 - 1 - 94
H    DAY    YEAR

OF REPORT, SPECIFY:    **ARREST REPORT**        PG 4 OF 5

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

### DETAILS OF REPORT

*A TRUE COPY, ATTEST*
*E. Dein*
*ASSISTANT CLERK*

NEON, SANCHEZ WENT DOWN THE SIDE YARD OF #100 MASSASOIT ST. FOR A BRIEF PERIOD OF TIME AND RETURNED. SEVERAL MINUTES LATER A BLUE & WHITE CHEVY PICK-UP TRUCK PULLED UP ON MASSASOIT ST. FACING SOUTH AND STOPPED IN FRONT OF #100 WHEN SANCHEZ RAN OVER TO THE DRIVERS SIDE OF THE TRUCK WHERE THE OPERATOR WAS STANDING BESIDE THE TRUCK AND ENGAGED IN A SHORT CONVERSATION WITH THE OPERATOR WHEN SANCHEZ REACHED INTO HIS PANTS POCKET AND DISPLAYED A SMALL ITEM TO THE OPERATOR OF THE TRUCK WHO TOOK ONE R MORE OF THESE ITEMS IN EXCHANGE FOR GREEN PAPER MONEY WHICH SANCHEZ PLACED INTO IS PANTS POCKET. THE OPERATOR OF THE TRUCK REMAINED BESIDE THE TRUCK WHILE SANCHEZ AN DOWN THE SIDE OF #100 MASSASOIT ST. FOR SEVERAL SECONDS ONLY TO REAPPEAR AND GO ACK TO THE OPERATOR OF THE TRUCK AND HAND HIM WHAT APPEARED TO BE ANOTHER SMALL TEM. THE TRUCK THEN LEFT THE SCENE EAST UP PROSPECT ST. I RADIOED THIS INFORMATION-

| OST NO. NARCOTICS | REPORTED FOR DUTY | 4P | M | |
|---|---|---|---|---|
| AR NO. | | | | |
| STRICT NO. | REPORTED OFF DUTY | 12A | M | REPORTING OFFICER SGT.THOMAS MELEADY |

RECORDS COPY

TYPE OF REPORT,
SPECIFY:    **ARREST REPORT**                                              PG 5 OF 5

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

## DETAILS OF REPORT

TO PRE-POSITIONED OFFICERS WHO WERE ABLE TO STOP IT AT FRANKLIN ST. & MURRAY HILL

AVE. WHERE OFFICER T.KENNEY ASSISTED THE OPERATOR BAEZ IN SPITTING ONE BAG OF

POWDER COCAINE & ONE BAG OF HEROIN #1 LOGO FROM HIS MOUTH. TAG #141844&5. SHORTLY

AFTER BAEZ WAS SECURED SANCHEZ ENTERED A BLUE FORD MUSTANG WITH ANOTHER SUBJECT

AND LEFT THE SCENE EAST UP PROSPECT ST. I RADIOED THIS INFORMATION TO PRE-POSITIONED

OFFICERS WHO WERE ABLE TO STOP IT AT ARMORY ST. & WORTHINGTON ST. WHERE OFFICER

D.WILLIAMS OBSERVED SANCHEZ DROP ONE BAG OF HEROIN # 1 LOGO TO THE PASSENGER SEAT

OF THE CAR.TAG#141846. AT THE STATION OFFICER F.FOSSA RECOVERED $759.00 CASH FROM

SANCHEZS PANTS POCKET ALONG WITH A MOBILEMEDIA BEEPER. TAG#141847&8. THE LOCATION

OF THE ABOVE TRANSACTIONS IS WELL WITHIN 1,000 FT. OF THE CHESTNUT MIDDLE SCHOOL A

ACTIVE SCHOOL IN THE CITY OF SPFLD. LT.R.LABELLE NOTIFIED. RESPECTFULLY SUBMITTED

| POST NO. | NARCOTICS | REPORTED FOR DUTY | 4P | M |
| CAR NO. | | | | |
| DISTRICT NO. | | REPORTED OFF DUTY | 12A | M |

REPORTING OFFICER
SGT.THOMAS MELEADY

RECORDS COPY

A TRUE COPY ATTEST:
Robert E. Dee
ASSISTANT CLERK

**DOCKET**

9423CR 12318

| COURT DIVISION | | ☐ Waived ☑ Retained _Laura_ ☐ Assigned |
|---|---|---|
| Spfld. | | TERMS OF RELEASE |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Ceasar Sanchez Cruz
AKA Ceasar Cruz Sánchez
44 Myrtle ST. F22
Spfld.,Mass

| | DATE | PROCEEDING |
|---|---|---|
| | MAR 1 3 1995 | ☑ Arraigned before J. _____ |
| | | ☐ Advised of right to counsel |
| DEF. DOB AND SEX / OFFENSE CODE(S) | JUN - 9 1995 | ☐ Advised of right to drug exam |
| 4/5/73  PR/M | 806, 807, 801,813a | ☐ Advised of right to bail review |
| | | ☑ Advised of right to F.I. Jury Trial |
| DATE OF OFFENSE / PLACE OF OFFENSE | | ☑ Waives    ☐ Requests F.I. Jury Trial |
| 11/1/94   Spfld. | | ☐ Advised of alien rights |
| COMPLAINANT / POLICE DEPARTMENT (if applicable) | | ☐ Warrant issued   ☐ Default warrant issued |
| Glenn Lungarini      spfld. | NOV X 2 199 | ☑ Default removed    ☐ Warrant recalled |
| DATE OF COMPLAINT / RETURN DATE AND TIME | | ☐ Warrant issued   ☐ Default warrant issued |
| 11/2/94      arrest | MAR 1 3 1995 | ☑ Default removed    ☑ Warrant recalled |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| .MFG./DISTRIB./DISPENSING CLASS A SUB. C94C S32 | | | | |

| DATE MAR 1 3 1995 | PLEA ☑ Not Guilty  ☐ Guilty  ☐ Nolo | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ New Plea    ☐ Admits suff. facts | 90 Day H of C . |
| JUN - 9 1995 | FINDING GUILTY     JUDGE Sheehy | |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION    DATE |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | ☐ Discharged from probation  ☐ Dismissed at request of probation |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| .MFG./DISTRIB./DISPENSING CLASS B SUB. C94C S32A(a) | | | | |

| DATE MAR 1 3 1995 | PLEA ☑ Not Guilty  ☐ Guilty  ☐ Nolo | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ New Plea    ☐ Admits suff. facts | **FILED** |
| JUN - 9 1995 | FINDING GUILTY     JUDGE Sheehy | WITH CONSENT OF DEFENDANT |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION    DATE |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | ☐ Discharged from probation  ☐ Dismissed at request of probation |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| .POSS. CLASS A SUB. W/INT. TO DISTRIB./MFG. C94C S32 | | | | |

| MAR 1 3 1995 | PLEA ☑ Not Guilty  ☐ Guilty  ☐ Nolo | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ New Plea    ☐ Admits suff. facts | _So much compl Alleg_ |
| JUN - 9 1995 | FINDING     JUDGE Sheehy | _Poss with_ **FILED** |
| | ☐ Cont. w/o finding until: | _WITH CONSENT OF DEFENDANT_ |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | FINAL DISPOSITION ☐ Discharged from probation ☐ Dismissed at request of probation |

E. T. _____
ASSISTANT CLERK

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| .DRUG FREE ZONE C94C 32J | | | | |

| DATE MAR 1 3 1995 | PLEA ☑ Not Guilty  ☐ Guilty  ☐ Nolo | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ New Plea    ☐ Admits suff. facts | _2 yrs HGC on and_ |
| JUN - 9 1995 | FINDING GUILTY     JUDGE Sheehy, | _after Count (a)_ |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION    DATE |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | ☐ Discharged from probation  ☐ Dismissed at request of probation |

| CONT TO | PURPOSE | CONT TO | PURPOSE | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| C. 3/23/95 | | | | JUN - 9 1995 | 95-212 | | |
| | | | | JUN - 9 1995 | 95-213 | | |

PAYMENT OF FINE/COSTS/FEES
SUSPENDED UNTIL _2/1/95_

☐ SEE REVERSE SIDE FOR DOCKET ENTRIES OF MOTIONS, CASE NOTES AND OTHER ACTIONS

| DATE | DOCKET ENTRIES |
|------|----------------|
| 3-23 95 | C 11/14/95 ~~TRT~~ ptc #1 *Dusek Gomez* |
| 4-14-95 | C 5-9-95 trial *Dusek Gomez* |
| MAY 9 1995 | C 6-9-5 trial *Dusek-Gomez* (JS) |
| 11/18/98 | Warrant - non payment 120 - per probation pon |
| 11-20-98 | Warrant Issued (JS) |
| JAN 07 2005 | wr. $ revoked - case closed *Leroy, SL* |

**CRIMINAL COMPLAINT**

W23GR 7218

**Trial Court of Massachusetts**
**District Court Department**

FINDING OF JUDGE-DETERMINATION OF INDIGENCY

| COURT DIVISION | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT: |
|---|---|---|
| Spfld. | Ceasar Sanchez Cruz AKA Ceasar Cruz Sanchez 44 Myrtle ST. F22 Spfld.,Mass | The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below. |

| DEF. DOB AND SEX | OFFENSE(S) |
|---|---|
| 4/5/73 PR/M | 806, 807, 801,818a |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 11/1/94 | Spfld. |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| Glenn Lungarini | spfld. |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 11/2/94 | arrest |

**COUNT-OFFENSE**
.MFG./DISTRIB./DISPENSING CLASS A SUB. C94C S32

not being authorized by law, did knowingly or intentionally manufacture, distribute or dispense a controlled substance in Class "A" of G.L. c.94C, s.31, to wit: heroin, in violation of G.L. c.94C, s.32.

**COUNT-OFFENSE**
.MFG./DISTRIB./DISPENSING CLASS B SUB. C94C S32A(a)

not being authorized by law, did knowingly or intentionally manufacture, distribute or dispense a controlled substance in Class "B" of G.L. c.94C, s.31, to wit: cocaine, in violation of G.L. c.94C, s.32A.(a)

**COUNT-OFFENSE**
.POSS. CLASS A SUB. W/INT. TO DISTRIB./MFG. C94C S32

not being authorized by law, did knowingly or intentionally possess with intent to manufacture, distribute or dispense a controlled substance in Class "A" of G.L. c.94C, s.31, to wit: heroin, in violation of G.L. c.94C, s.32.

*A TRUE COPY. ATTEST*
*Robert E. Fein*
*ASSISTANT CLERK*

**COUNT-OFFENSE**
.DRUG FREE ZONE C94C 32J

did knowingly or intentionally manufacture, distribute, dispense or possess with intent to manufacture, distribute, or dispense within 1000 feet of the real property comprising a public or private elementary, vocational, or secondary school whether or not in session or a within 100 feet of a park or playground to wit; Chestnut Middle School, a controlled substance to wit: cocaine & heroin in violation of M.G.L. C94C S32J.

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|
| | | 11-2-94 | ☐ |
| **FIRST JUSTICE** George Sheehy | **COURT ADDRESS** 50 State St. Spfld.Mass | | |
| A TRUE COPY. ATTEST : X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | |

# FINDING OF JUDGE—DETERMINATION OF INDIGENCY

TO ANY JUSTICE OR CLERK-MAGISTRATE
OF THE DISTRICT COURT DEPARTMENT

After considering the report and recommendation of the probation officer or other appropriate court employee, and after interrogating the defendant named in the complaint on the reverse side, if appropriate, based upon the standards in Supreme Judicial Court Rule 3:10, **I FIND THAT THE DEFENDANT IS:**

☐ **INDIGENT** because the defendant:

- ☐ receives Aid to Families with Dependent Children (AFDC)
- ☐ receives Emergency Aid to Elderly, Disabled and Children (EAEDC).
- ☐ receives poverty-related veterans' benefits.
- ☐ receives food stamps.
- ☐ receives refugee resettlement benefits.
- ☐ receives Medicaid.
- ☐ receives Supplemental Security Income (SSI).
- ☐ is a patient in a mental health facility or treatment center (or is the subject of a proceeding for admission to such a facility) and lacks available funds.
- ☐ is serving a sentence in a correctional institution and has no available funds.
- ☐ is held in custody in a jail and has no available funds.
- ☐ has an annual income, after taxes, 125% or less of the current poverty threshold referred to in G.L. c. 261, § 27A(b).
- ☐ is determined to be indigent pursuant to S.J.C. Rule 3:10, Section 4(b) [Judge's Section 4(b) findings on the record are appended].

☐ **INDIGENT BUT ABLE TO CONTRIBUTE,** and is therefore ordered to pay

$_____ toward the cost of counsel because

the defendant:

- ☐ has an annual income, after taxes, of more than 125% and less than 250% of the current poverty threshold referred to in G.L. c. 261, § 27A(b).
- ☐ is charged with a felony within the jurisdiction of the Superior Court and has available funds sufficient to pay a portion of the anticipated cost of counsel.
- ☐ is determined to be indigent but able to contribute pursuant to S.J.C. Rule 3:10, Section 4(b) [Judge's Section 4(b) findings on the record are appended].

☐ **NOT INDIGENT** and is able to pay the anticipated cost of counsel [Judge's findings on the record are appended if this finding is pursuant to S.J.C. Rule 3:10, Section 4(b)].

_____ _____
Date District Court Justice

# CERTIFICATE OF JUDGE — WAIVER OF COUNSEL

I hereby certify that the defendant named in the complaint on the reverse side has been informed of his/her right to counsel in accordance with Supreme Judicial Court Rule 3:10 and G.L. c. 211D, §5; that he/she has knowingly elected to proceed without a lawyer; and that he/she has:

- ☐ Executed a waiver of counsel in my presence.
- ☐ Refused to sign a waiver.

_____ _____
Date District Court Justice

| TENDER OF PLEA OR ADMISSION | DOCKET NUMBER(S) | Trial Court of Massachusetts District Court Department |
|---|---|---|

**COURT DIVISION**

Springfield District Court
50 State Street
Springfield, MA 01103

COMMONWEALTH vs.

NAME OF DEFENDANT(S)

## TENDER OF PLEA OR ADMISSION

**PART I:** To be completed, where possible, prior to the Pretrial Hearing, subscribed by both counsel and submitted to the court by the defendant at that hearing.

Defendant in this case hereby tenders the following ☒ **PLEA OF GUILTY** ☐ **ADMISSION TO FACTS SUFFICIENT FOR A FINDING OF GUILTY** conditioned on the following dispositional terms (include all proposed terms [guilty finding, finding of sufficient facts continued without finding, fine, costs, probation, restitution, dismissal, etc.]) to Counts/offenses as listed in complaint:

Count/offense 1. Guilty Concurrent 90 days / 1 Place 1 day HOC

Count/offense 2. Guilty Concurrent 9 Filed

Count/offense 3. Guilty to so much as possession Filed

Count/offense 4. Guilty - 2 yes - o/A Cx

(Attach an additional sheet, if necessary)

The above-listed terms are submitted for the court's consideration ☒ **WITH** ☐ **WITHOUT** the agreement of the Commonwealth.

Signatures:

_____  _____       _____  _____
Defense Counsel                    Date                            Assistant District Attorney          Date

**PART II:** To be completed by the Court.

### COURT'S RULING

___ The court ☐ **ACCEPTS** the Plea/Admission tendered on the terms set forth above, and will impose sentence in accordance with such terms, subject to submission of defendant's written jury waiver (see reverse side), completion of the required colloquy, determination of factual basis and notice of alien rights.

___ The court ☐ **REJECTS** the dispositional terms set forth above and, in accordance with Mass. R. Crim. P. 12(c)(6), will set forth the dispositional terms it would find acceptable.

A TRUE COPY ATTEST

### DEFENDANT'S DECISION UPON REJECTION OF TERMS

Robert E. Zeni

Assist. Clerk

___ Defendant ☐ **WITHDRAWS** tendered Plea/Admission; Pretrial Hearing to be completed and trial date scheduled, if necessary.

___ Defendant ☐ **ACCEPTS** terms set forth by the Court; Plea/Admission to be accepted by court and said dispositional terms imposed, subject to submission of defendant's written jury waiver (see reverse side), completion of the required colloquy, determination of factual basis and notice of alien rights.

_____
Judge

(Final dispositional terms to be announced on the record and recorded on case docket sheet.)

C-CR 22 (1/94)

| WAIVER OF JURY TRIAL DEFENSE COUNSEL'S CERTIFICATE | DOCKET NO. | Trial Court of Massachusetts District Court Department |
| --- | --- | --- |

Springfield District Court
50 State Street
Springfield, MA 01103

NAME OF DEFENDANT

## WAIVER OF RIGHT TO BE TRIED BY JURY
### (G.L. c. 263, § 6)

I, the above-named defendant, have been informed of my right to be tried by a jury. I understand that right. I have decided to waive that right. I have chosen to plead guilty or admit to a finding of guilty.

_____          _____
DATE                             SIGNATURE OF DEFENDANT

## DEFENSE COUNSEL'S CERTIFICATE
### (G.L. c. 218, § 26A)

I, the undersigned counsel for the above-named defendant in the case captioned above, certify that with regard to the waiver of the right to jury trial, I have explained the following to said defendant:

That the jury consists of members of the community;

That the defendant may participate in their selection;

That the verdict of the jury must be unanimous; and

That the jury must decide guilt or innocence while the judge makes rulings of law in the course of the trial and instructs the jury on the law, and imposes sentence in case of guilt.

_____          _____
DATE                             SIGNATURE OF DEFENSE COUNSEL

**DOCKET**     9523CR 02349

| COURT DIVISION | | |
| --- | --- | --- |
| Spfld. | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | |

☐ Waived
☐ Retained  L.Rolo
☐ Assigned

| | |
| --- | --- |
| aka | Juan Cotto |
| | Ceasar Sanchez |
| | 44 Myrtle St. Apt. F22 |
| | Spfld.,Mass |

MAR 13 1995

TERMS OF RELEASE
$3,000.00 C/S

| DATE | PROCEEDING |
| --- | --- |
| MAR 13 1995 | ☑ Arraigned before J. _Coulton_ |
| | ☑ Advised of right to counsel |
| | ☑ Advised of right to drug exam |
| | ☐ Advised of right to bail review |
| | ☐ Advised of right to F.I. Jury Trial |
| | ☐ Waives ☐ Requests F.I. Jury Trial |
| | ☐ Advised of alien rights |
| | ☐ Warrant issued ☐ Default warrant issued |
| | ☐ Default removed ☐ Warrant recalled |
| | ☐ Warrant issued ☐ Default warrant issued |
| | ☐ Default removed ☐ Warrant recalled |

| DEF. DOB AND SEX | OFFENSE CODE(S) |
| --- | --- |
| 4/5/73  PR/M | 802, 818a, 111,122,110,124 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
| --- | --- |
| 3/10/95 | Spfld. |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
| --- | --- |
| Glenn Lungarini | Spfld. |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
| --- | --- |
| 3/13/95 | arrest |

---

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
| --- | --- | --- | --- | --- |
| .POSS. CLASS B SUB. W/INT.TO DISTRIB./MFG. C94C S32A | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
| --- | --- | --- |
| MAR 13 1995 | ☑ Not Guilty ☐ Guilty ☐ Nolo | |
| | ☐ New Plea: ☐ Admits suff. facts | |
| JUN - 9 1995 | FINDING    JUDGE  Sheehy | FILED WITH CONSENT OF DEFENDANT |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION     DATE |
| | ☐ Appeal of find. & disp. ☐ Appeal of disp. | ☐ Discharged from probation ☐ Dismissed at request of probation |

---

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
| --- | --- | --- | --- | --- |
| .DRUG FREE ZONE C94C 32J | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
| --- | --- | --- |
| MAR 13 1995 | ☑ Not Guilty ☐ Guilty ☐ Nolo | |
| | ☐ New Plea: ☐ Admits suff. facts | NOLLE PROSEQUI FILED |
| JUN - 9 1995 | FINDING    JUDGE  Sheehy | BY PROSECUTOR: |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION     DATE |
| | ☐ Appeal of find. & disp. ☐ Appeal of disp. | ☐ Discharged from probation ☐ Dismissed at request of probation |

---

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
| --- | --- | --- | --- | --- |
| .OPERATING A MV WITHOUT A LICENSE C90 S10 | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
| --- | --- | --- |
| MAR 13 1995 | ☑ Not Guilty ☐ Guilty ☐ Nolo | |
| | ☐ New Plea: ☐ Admits suff. facts | FILED |
| JUN - 9 1995 | FINDING  GUILTY    JUDGE  Sheehy | WITH CONSENT OF DEFENDANT |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION     DATE ☐ Discharged from probation ☐ Dismissed at request of probation |
| | ☐ Appeal of find. & disp. ☐ Appeal of disp. | ASSISTANT |

---

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
| --- | --- | --- | --- | --- |
| .FAILING TO STOP FOR POL. WHILE OP. A MV C90 S25 | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
| --- | --- | --- |
| MAR 13 1995 | ☑ Not Guilty ☐ Guilty ☐ Nolo | |
| | ☐ New Plea: ☐ Admits suff. facts | FILED |
| JUN - 9 1995 | FINDING  GUILTY    JUDGE  Sheehy | WITH CONSENT OF DEFENDANT |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION     DATE ☐ Discharged from probation ☐ Dismissed at request of probation |
| | ☐ Appeal of find. & disp. ☐ Appeal of disp. | |

---

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | START | STOP |
| --- | --- | --- | --- | --- | --- | --- | --- |
| C 3/23/95 | | C | | JUN - 9 1995 | 95-212 | | |
| E 3-93-95 | C 4/14/95 | late #1 | | JUN - 9 1995 | 95-213 | | |

☐ SEE REVERSE SIDE FOR DOCKET ENTRIES OF MOTIONS, CASE NOTES AND OTHER ACTIONS

| DATE | DOCKET ENTRIES |
|---|---|
| 4-14-95 | C  5-9-95  trial                    Dusek Gomez |
| MAY – 9 1995 | C 6/9/95 ⊤                    Dusek-Gomez, J. |
| JUL 2 1 1995 | PAYMENT OF FINE/COSTS/FEES EXTENDED UNTIL  8-25-95 |

| DOCKET | ADDITIONAL COUNTS  Page 2   Of _____ | DOCKET NUMBER  9523CR02349 |
|---|---|---|

| COUNT-OFFENSE | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| 110.OP/PUSH/TOW, PERM. OP/PUSH/TOW UNREG. MV/TRLR C90 | | | | | |

| DATE MAR 1 3 1995 | PLEA ☑ Not Guilty  ☐ Guilty  ☐ Nolo | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ New Plea:         ☐ Admits suff. facts | |
| | FINDING   RESPONSIBLE | JUDGE   Sheehy |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION                          DATE |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | ☐ Discharged from probation  ☐ Dismissed at request of probation |

| COUNT-OFFENSE | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| .OP./PERMIT TO OP. UNINSURED M.V.C90 S34J | | | | | |

| DATE MAR 1 3 1995 | PLEA ☑ Not Guilty  ☐ Guilty  ☐ Nolo | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ New Plea:         ☐ Admits suff. facts | FILED WITH CONSENT OF DEFENDANT |
| | FINDING | JUDGE   Sheehy |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION                          DATE |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | ☐ Discharged from probation  ☐ Dismissed at request of probation |

| COUNT-OFFENSE | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| .ATTACHING PLATES TO A MOTOR VEHICLE C90 S23 | | | | | |

| DATE MAR 1 3 1995 | PLEA ☑ Not Guilty  ☐ Guilty  ☐ Nolo | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ New Plea:         ☐ Admits suff. facts | FILED WITH CONSENT OF DEFENDANT |
| | FINDING   GUILTY | JUDGE   Sheehy |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION                          DATE |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | ☐ Discharged from probation  ☐ Dismissed at request of probation |

| COUNT-OFFENSE | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| .RECEIVING STOLEN PROPERTY, $250 OR LESS C266 S60 | | | | | |

| DATE MAR 1 3 1995 | PLEA ☑ Not Guilty  ☐ Guilty  ☐ Nolo | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ New Plea:         ☐ Admits suff. facts | FILED WITH CONSENT OF DEFENDANT |
| | FINDING   GUILTY | JUDGE   Sheehy |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION                          DATE |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | ☐ Discharged from probation  ☐ Dismissed at request of probation |

| COUNT-OFFENSE | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| | | | | | |

| DATE | PLEA ☐ Not Guilty  ☐ Guilty  ☐ Nolo | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ New Plea:         ☑ Admits suff. facts | PAYMENT OF FINE/COSTS/FEES  SUSPENDED UNTIL _____  ASSISTANT CLERK |
| | FINDING | JUDGE |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION                          DATE |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | ☐ Discharged from probation  ☐ Dismissed at request of probation |

| COUNT-OFFENSE | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| | | | | | |

| DATE | PLEA ☐ Not Guilty  ☐ Guilty  ☐ Nolo | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ New Plea:         ☐ Admits suff. facts | PLEA RULED AS BEING MADE FREELY, WILLINGLY AND VOLUNTARILY WITH COMPLETE UNDERSTANDING OF RIGHTS.  Asst. Clk.  CR Adams |
| | FINDING | JUDGE |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION                          DATE |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | ☐ Discharged from probation  ☐ Dismissed at request of probation |

DC-CR-9 (9/90)

| APPLICATION FOR COMPLAINT | ☑ ADULT ☐ JUVENILE | NUMBER 95- 2349 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

☑ ARREST    ☐ HEARING    ☐ SUMMONS    ☐ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

**COURT DIVISION**
Springfield District Court
50 State Street
Springfield, MA 01103

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 3-13-95 | 3-10-95 | Spfld |

NAME OF COMPLAINANT

ADDRESS AND ZIP CODE OF COMPLAINANT

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
AKA Cesar Sanchez
44 Myrtle St apt F22
Spfld MA

| NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|
| 1. | Poss Class B w/i | 802 |
| 2. | VDFS2 | 818a |
| 3. | | |
| 4. | | |

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING AT | COURT USE ← ONLY |
|---|---|---|---|---|

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | | | | Cocaine |
| 2 | | | | High School |
| 3 | | | | of Commerce |
| 4 | | | | |

OTHER REMARKS:

see arrest report

x _____
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 4-5-73 | Spfld Ma | | M | PR | 68 | 160 | Brn | Blk |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| 3rd Baker | self | Calista | Robert E. Perin |

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | **NO PROCESS TO ISSUE** ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | |
| 3/13/95 | **PROCESS TO ISSUE** ☑ Sufficient evidence presented ☐ Defendant failed to appear    **TYPE OF PROCESS** ☐ Warrant ☐ Summons returnable | |
| | ☐ Continued to _____ | |

COMMENTS

DC-CR2 (3/88)

COURT COPY

Commonwealth of Massachusetts
District Court Department

APPLICATION
FOR COMPLAINT  ☐ JUVENILE

COURT DIVISION
Springfield District Court
50 State Street
Springfield, MA 01103

CASE PARTICULARS — SE SPECIFIC

03 10 45
MONTH   DAY   YEAR

**GENERAL REPORT FORM**

184

TYPE OF REPORT,
SPECIFY:     ARREST

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

## DETAILS OF REPORT

SIR:

AT ABOUT 4:30 PM THIS DATE, OFFS. M. AMBROSE, E. HINEY, J. AHONE, F. PECK AND I ARRESTED AT 44 MYRTLE ST. APT F23, A CESAR CRUZ SANCHEZ, 44 MYRTLE ST. FOR DOB 4-5-73 FOR ① OPERATING A MOTOR VEHICLE WITH OUT A LICENSE ② REFUS. TO SUBMIT TO A POLICE OFFICER, ③ OPERATING AN UNREGISTERED M/V, ④ OPER. AN UNINSURED M/V, ⑤ CONCEALING THE IDENTITY OF A M/V, ⑥ RECEIVING STLN. PROP. $250.00, ⑦ POSSESSION CL. "B" CRACK WITH INT. TO DIST., ⑧ VIOLATION OF DRUG FREE SCHOOL ZONE (COMMERCE HIGH SCHOOL.

RESPECTFULLY SUBMITTED,

| POST NO. | | REPORTED FOR DUTY | 4P M | |
|---|---|---|---|---|
| CAR NO. | 20 | | | |
| DISTRICT NO. | 6 | REPORTED OFF DUTY | 12A M | S. LINNEHAN |

REPORTING OFFICER

CR 77
50M - 10/94

RECORDS COPY

---

3 10 95
MONTH   DAY   YEAR

# SPRINGFIELD POLICE DEPARTMENT
**GENERAL REPORT FORM**

284

TYPE OF REPORT,
SPECIFY:     ARREST

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

## DETAILS OF REPORT

PRIOR TO THE ARREST, OFFS. AMBROSE & AHONE OBSERVED A SUBJECT LATER IDENTIFIED AS SANCHEZ OPERATING A 1988 MAZDA BETHING MA. REG. 917-248 EAST ON UNION ST. @ SCHOOL ST. OFF. PECK HAD PREVIOUSLY INFORMED OFF. AMBROSE THAT THE PLATE WAS STOLEN OUT OF NORTH-AMPTON. IT WAS REPORTED STOLEN ON FEB. 16, 1995, BY A CINDY MILLER, 30 DAMON RD, N. HAMPTON, MA. SANCHEZ REFUSED TO STOP FOR THE POLICE AND PULLED INTO A PARKING LOT ON THE SIDE OF 290 UNION ST., THEN RUNNING NORTH THROUGH THE BACKYARDS AND OVER SEVERAL FENCES. I CHASED HIM INTO # 44 MYRTLE ST. TO A

A TRUE COPY ATTEST
[signature]
ASSISTANT CLERK

| POST NO. | | REPORTED FOR DUTY | 4P M | |
|---|---|---|---|---|
| CAR NO. | 20 | | | |
| DISTRICT NO. | 6 | REPORTED OFF DUTY | 10A M | S. LINNEHAN |

REPORTING OFFICER

CR 77
50M - 10/94

RECORDS COPY

3  10  95  **SPRINGFIELD POLICE DEPARTMENT**
MONTH  DAY  YEAR

**GENERAL REPORT FORM**

38 4

TYPE OF REPORT,
SPECIFY:  *ARREST*
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

SECOND FLOOR APARTMENT WHERE HE WAS APPREHENDED
IN THE KITCHEN, BY ME WITH ASSISTANCE FROM OFF.
HINEY. SANCHEZ WAS UNABLE TO PRODUCE A LICENSE
TO OPERATE A M/V OR A VALID REGISTRATION FOR THE
VEHICLE. RECORDS CONFIRMED NEITHER EXISTED. UPON
ARRIVAL AT POLICE HEADQUARTERS, OFFICER PECK DISCOVER-
ED IN THE BACK SEAT OF OUR CRUISER A CLEAR PLASTIC
WRAPPER TWO CHUNKS OF A WHITE ROCKLIKE SUBSTANCE
BELIEVED TO BE CRACK COCAINE. I FOUND IN HIS LEFT
PANT POCKET $63.00 CASH. THE SIZE OF THESE CHUNKS
WERE NOT CONSISTANT WITH THAT OF PERSONAL USE, AND

| POST NO. | | REPORTED FOR DUTY. | 4P M |
|---|---|---|---|
| CAR NO. | 20 | | |
| DISTRICT NO. | 6 | REPORTED OFF DUTY. | 12A M |

REPORTING OFFICER
S. LINNEHAN

RECORDS COPY

---

3  10  95  **SPRINGFIELD POLICE DEPARTMENT**
MONTH  DAY  YEAR

**GENERAL REPORT FORM**

48 4

TYPE OF REPORT,
SPECIFY:  *ARREST*
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

A TRUE COPY. ATTES

HE HAD NO OTHER DRUG PARAPHENALIA ON HIS PERSON OR
IN THE MOTOR VEHICLE THAT IS CONSISTANT WITH TRAFFIC
OF PERSONAL USE. THIS AREA, 290 UNION ST.
44 MYRTLE ST. ARE WITHIN 1000 FT. OF COMMERCE HIGH
SCHOOL. DRUGS TAGGED # 148383. CASH TAGGED # 148384.
MA. PLATE TAGGED 148385. CITATIONS # D1067816 + D1067815
ISSUED BY OFF. AMBROSE.
D.W. # 9423CR11213 DRUG FREE SCHOOL ZONE, + DW# 9423CR10156
DIST. CL. "A" HEROIN ALSO TAGGED. RETURN MADE ON
WARRANTS.

ASSISTANT CLERK

| POST NO. | | REPORTED FOR DUTY | 4P M |
|---|---|---|---|
| CAR NO. | 20 | | |
| DISTRICT NO. | 6 | REPORTED OFF DUTY. | 12A M |

REPORTING OFFICER
OFF. SHAUN P. LINNEHAN
# 41265

RECORDS COPY

CRIMINAL COMPLAINT

9523CR 02345

**Trial Court of Massachusetts**
**District Court Department**

| COURT DIVISION | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | |
|---|---|---|
| Spfld. | Juan Cotto | |

**TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:**

Juan Cotto
aka Ceasar Sanchez
44 Myrtle St. Apt. F22
Spfld.,Mass

The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 6/5/73  PR/M | 802, 818a, 111,122,110,124, 119 830 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 3/10/95 | Spfld. |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| Glenn Lungarini | Spfld. |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 3/13/95 | arrest |

---

COUNT-OFFENSE
**.POSS. CLASS B SUB. W/INT.TO DISTRIB./MFG. C94C S32A(a)**

not being authorized by law, did knowingly or intentionally possess with intent to manufacture, distribute or dispense a controlled substance in Class "B" of G.L. c.94C, s.31, to wit: cocaine, in violation of G.L. c.94C, s.32A(a)

---

COUNT-OFFENSE
**.DRUG FREE ZONE C94C-32J**

did knowingly or intentionally manufacture, distribute, dispense or possess with intent to manufacture, distribute, or dispense within 1000 feet of the real property comprising a public or private elementary, vocational, or secondary school whether or not in session or a within 100 feet of a park or playground to wit,High School of Commerce, a controlled substance to wit, cocaine in violation of M.G.L. C94C S32J.

---

COUNT-OFFENSE
**.OPERATING A MV WITHOUT A LICENSE C90 S10**

did operate a motor vehicle on a way, as defined in G.L. c.90, s.1, without first having obtained a license so to do, in violation of G.L. c.90, s.10.

---

COUNT-OFFENSE
**.FAILING TO STOP FOR POL. WHILE OP. A MV C90 S25**

while operating a motor vehicle, did refuse or neglect to stop when signalled to stop by a police officer who was in uniform or who displayed his or her badge conspicuously on the outside of his or her outer coat or garment, in violation of G.L. c.90, s.25.

A TRUE COPY ATTEST

E. Pen

ASSISTANT CLERK

---

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | ADDITIONAL ☒ COUNTS ATTACHED |
|---|---|---|---|
| | | 2-13-95 | |

| FIRST JUSTICE | COURT ADDRESS |
|---|---|
| George Sheehy | 50 State St. Spfld.,Mass |

| A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | |
|---|---|---|---|

# FINDING OF JUDGE-DETERMINATION OF INDIGENCY

After considering the report and recommendation of the probation officer or other appropriate court employee, and after interrogating the defendant named in the complaint on the reverse side, if appropriate, based upon the standards in Supreme Judicial Court Rule 3:10, I FIND THAT THE DEFENDANT IS:

☐ **INDIGENT** because the defendant:

    ☐ receives Aid to Families with Dependent Children (AFDC).

    ☐ receives Emergency Aid to Elderly, Disabled and Children (EAEDC).

    ☐ receives poverty-related veterans' benefits.

    ☐ receives food stamps.

    ☐ receives refugee resettlement benefits.

    ☐ receives Medicaid.

    ☐ receives Supplemental Security Income (SSI).

    ☐ is a patient in a mental health facility or treatment center (or is the subject of a proceeding for admission to such a facility) and lacks available funds.

    ☐ is serving a sentence in a correctional institution and has no available funds.

    ☐ is held in custody in a jail and has no available funds.

    ☐ has an annual income, after taxes, 125% or less of the current poverty threshold referred to in G.L. c. 261, § 27A(b).

    ☐ is determined to be indigent pursuant to S.J.C. Rule 3:10, Section 4(b) [Judge's Section 4(b) findings on the record are appended].

☐ **INDIGENT BUT ABLE TO CONTRIBUTE**, and is therefore ordered to pay $_____ toward the cost of counsel because the defendant:

    ☐ has an annual income, after taxes, of more than 125% and less than 250% of the current poverty threshold referred to in G.L.c. 261, § 27A(b).

    ☐ is charged with a felony within the jurisdiction of the Superior Court and has available funds sufficient to pay a portion of the anticipated cost of counsel.

    ☐ is determined to be indigent but able to contribute pursuant to S.J.C. Rule 3:10, Section 4(b) [Judge's Section 4(b) findings on the record are appended].

☐ **NOT INDIGENT** and is able to pay the anticipated cost of counsel [Judge's findings on the record are appended if this finding is pursuant to S.J.C. Rule 3:10, Section 4(b)].

_____  _____
Date                                         District Court Justice

# CERTIFICATE OF JUDGE — WAIVER OF COUNSEL

I hereby certify that the defendant named in the complaint on the reverse side has been informed of his/her right to counsel in accordance with Supreme Judicial Court Rule 3:10 and G.L. c. 211D, §5; that he/she has knowingly elected to proceed without a lawyer; and that he/she has:

    ☐ Executed a waiver of counsel in my presence.

    ☐ Refused to sign a waiver.

_____  _____
Date                                         District Court Justice

# ADDITIONAL COUNTS  Page 2  Of ___

**DOCKET NUMBER**
9523CR02349

**COUNT-OFFENSE**

110.OP/PUSH/TOW, PERM. OP/PUSH/TOW UNREG. MV/TRLR C90 S9
NOTE:  THIS IS A CIVIL MV INFRACTION, SET FORTH HERE FOR PROCEDURAL PURPOSES ONLY.

not being authorized by law, did operate, push, draw or tow a motor vehicle or trailer
upon a way, as defined by G.L. c.90, s.1, or being the owner or custodian of said vehicle,
did permit the same to be operated, pushed, drawn or towed upon or to remain upon a
way, as defined by G.L. c.90,s.1, said vehicle not being registered according to law,
in violation of G.L. c.90, s.9.

**COUNT-OFFENSE**

.OP./PERMIT TO OP. UNINSURED M.V.C90 S34J

did operate or permit to be operated a motor vehicle which is subject to the provisions
of G.L. c.90, s.1A, during such time as the motor vehicle policy or bond or deposit
as required had not been provided and maintained, in violation of G.L. c.90, s.34J.

**COUNT-OFFENSE**

.ATTACHING PLATES TO A MOTOR VEHICLE C90 S23

did, with the intent to conceal the identity of a motor vehicle or trailer, attach or
permit to be attached to said motor vehicle or trailer, a number plate assigned to another
motor vehicle or trailer, in violation of G.L. c.90, s.23.

**COUNT-OFFENSE**

.RECEIVING STOLEN PROPERTY, $250 OR LESS C266 S60

did buy, receive or aid in the concealment of, stolen or embezzled property of, Commonwealth
of Mass., knowing said property to have been stolen or embezzled, the value of such
property not exceeding two hundred and fifty dollars, in violation of G.L. c.266, s.60.

**COUNT-OFFENSE**

*Robert E. Zim*
A TRUE COPY ATTEST
ASSISTANT CLERK

**COUNT-OFFENSE**

COMPLAINANT
X ___

SWORN TO BEFORE CLERK-MAGISTRATE/ASST CLERK
X ___

ON (DATE)
3-13-9(

DOCKET NUMBER 0523CR002549

# ADDITIONAL COUNTS

Page __ of __

COUNT-OFFENSE

110.OP/PUSH/TOW, PERM. OP/PUSH/TOW UNREG. MV/TRLR C90 S9
NOTE: THIS IS A CIVIL MV INFRACTION, SET FORTH HERE FOR PROCEDURAL PURPOSES ONLY.

not being authorized by law, did operate, push, draw or tow a motor vehicle or trailer upon a way, as defined by G.L. c.90, s.1, or being the owner or custodian of said vehicle, did permit the same to be operated, pushed, drawn or towed upon or to remain upon a way, as defined by G.L. c.90,s.1, said vehicle not being registered according to law, in violation of G.L. c.90, s.9.

COUNT-OFFENSE

.OP./PERMIT TO OP. UNINSURED M.V.C90 S34J

did operate or permit to be operated a motor vehicle which is subject to the provisions of G.L. c.90, s.1A, during such time as the motor vehicle policy or bond or deposit as required has not been provided and maintained, in violation of G.L. c.90, s.34J.

COUNT-OFFENSE

.ATTACHING PLATES TO A MOTOR VEHICLE C90 S23

did, with the intent to conceal the identity of a motor vehicle or trailer, attach or permit to be attached to such motor vehicle or trailer, a number plate assigned to another motor vehicle or trailer, in violation of G.L. c.90, s.23.

COUNT-OFFENSE

.RECEIVING STOLEN PROPERTY, $250 OR LESS C266 S60

did buy, receive or aid in the concealment of stolen or embezzled property of, Commonwealth of Mass., knowing said property to have been stolen or embezzled, the value of such property not exceeding two hundred and fifty dollars, in violation of G.L. c.266, s.60.

COUNT-OFFENSE

COUNT-OFFENSE

COMPLAINANT X

SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK X

ON (DATE)

| TENDER OF PLEA OR ADMISSION | DOCKET NUMBER | Trial Court of Massachusetts District Court Department |
| --- | --- | --- |

COMMONWEALTH

Springfield District Court
50 State Street
Springfield, MA 01103

COMMONWEALTH VS.

NAME OF DEFENDANT

## TENDER OF PLEA OR ADMISSION

**PART I:** To be completed, where possible, prior to the Pretrial Hearing, subscribed by both counsel and submitted to the court by the defendant at that hearing.

Defendant in this case hereby tenders the following: ☐ PLEA OF GUILTY   ☐ ADMISSION TO FACTS SUFFICIENT FOR A FINDING OF GUILTY conditioned on the following dispositional terms. (Include all proposed terms for guilty finding, finding of sufficient facts, continued without finding, fine, costs, probation, restitution, dismissal, etc.). Counts/offenses as listed on complaint.

Count/offense 1. _____

Count/offense 2. _____

Count/offense 3. _____

Count/offense 4. _____

(Attach an additional sheet, if necessary)

The above-listed terms are submitted for the court's consideration ☐ WITH ☐ WITHOUT the agreement of the Commonwealth.

Signatures:

| _____ | _____ | _____ | _____ |
| Defense Counsel | Date | Assistant District Attorney | Date |

**PART II:** To be completed by the Court.

### COURT'S RULING

The court ☐ ACCEPTS the Plea/Admission tendered on the terms set forth above, and will impose sentence in accordance with such terms, subject to submission of defendant's written jury waiver (see reverse side), completion of the required colloquy, determination of factual basis and notice of alien rights.

The court ☐ REJECTS the dispositional terms set forth above and, in accordance with Mass.R.Crim.P. 12(c)(5), will set forth the dispositional terms it would find acceptable.

### DEFENDANT'S DECISION UPON REJECTION OF TERMS

Defendant ☐ WITHDRAWS tendered Plea/Admission; Pretrial Hearing to be completed and trial date scheduled, if necessary.

Defendant ☐ ACCEPTS terms set forth by the Court; Plea/Admission to be accepted by court and said dispositional terms imposed, subject to submission of defendant's written jury waiver (see reverse side), completion of the required colloquy, determination of factual basis and notice of alien rights.

_____
Judge

(Final dispositional terms to be announced on the record and recorded on case docket sheet.)

| WAIVER OF JURY TRIAL DEFENSE COUNSEL'S CERTIFICATE | DOCKET NUMBER | Trial Court of Massachusetts District Court Department |
|---|---|---|

Springfield District Court
50 State Street
Springfield, MA 01103

COMMONWEALTH

NAME OF DEFENDANT

## WAIVER OF RIGHT TO BE TRIED BY JURY
[G.L. c. 263 § 6]

I, the above-named defendant, have been informed of my right to be tried by a jury. I understand that right. I have decided to waive the trial jury. I have chosen to plead guilty or admit to a finding of guilty.

DATE _____  SIGNATURE OF DEFENDANT _____

## DEFENSE COUNSEL'S CERTIFICATE
[G.L. c. 218 § 26A]

I, the defense counsel for the above-named defendant in the case captioned above, certify that with regard to the waiver of the right to jury trial, I have explained the following to said defendant:

That the jury consists of members of the community;

That the defendant may participate in their selection;

That the verdict of the jury must be unanimous; and

That the jury must decide guilt or innocence, while the judge makes rulings of law in the course of the trial and instructs the jury on the law, and imposes sentence in case of guilt.

DATE _____  SIGNATURE OF DEFENSE COUNSEL _____

# DOCKET

| COURT DIVISION | NAME, ADDRESS AND ZIP CODE OF DEFENDANT |
|---|---|
| **Springfield** | |

ATTORNEY NAME
- ☐ Waived
- ☐ Retained
- ☐ Assigned

CESAR S. CRUZ
90 HIGH ST
SPFLD  MA

TERMS OF RELEASE
7500 cash  15 000 surety  NR1

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 4/3/73 | 621,620,702,701a |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 10/20/93 | SPFLD |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| THOMAS J. SHEEHAN | SPFLD |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 10/25/93 | WARRANT |

NOV 02 1993

| DATE | PROCEEDING |
|---|---|
| | ☑ Arraigned before J. |
| | ☑ Advised of right to counsel |
| | ☑ Advised of right to drug exam |
| | ☑ Advised of right to bail review |
| | ☐ Advised of right to F.I. Jury Trial |
| | ☐ Waives   ☐ Requests F.I. Jury Trial |
| | ☐ Advised of alien rights |
| | ☐ Warrant issued   ☐ Default warrant issued |
| | ☐ Default removed   ☐ Warrant recalled |
| | ☐ Warrant issued   ☐ Default warrant issued |
| | ☐ Default removed   ☐ Warrant recalled |

NOV 02 1993

## COUNT-OFFENSE
### a. ARMED ROBBERY WHILE MASKED C265 S17

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|

Atty Laura Fox for defendant

| | PLEA | | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|---|
| NOV 02 1993 | ☑ Not Guilty  ☐ Guilty  ☐ Nolo | | Submission to Andover |
| | ☐ New Plea  ☑ Admits suff. facts | | UPON EXAMINATION, PROBABLE CAUSE FOUND AND DEFENDANT ORDERED TO RECOGNIZE IN THE SUM OF $ - WITH SURETY |
| | FINDING | JUDGE | FOR APPEARANCE BEFORE SUPERIOR COURT |
| APR 1 1994 | Prob. Cause Found | Sheehy | 1rst MONDAY OF May 1994 NEXT |
| | ☐ Cont. w/o finding until: | | FINAL DISPOSITION     DATE |
| | | | ☐ Discharged from probation |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | | ☐ Dismissed at request of probation |

## COUNT-OFFENSE
### b. ASSAULT BY DANGEROUS WEAPON C265 S15B

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|

| DATE | PLEA | | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|---|
| NOV 02 1993 | ☑ Not Guilty  ☐ Guilty  ☐ Nolo | | UPON EXAMINATION, PROBABLE CAUSE FOUND AND DEFENDANT ORDERED TO RECOGNIZE IN THE SUM OF $ - WITH SURETY |
| | ☐ New Plea  ☑ Admits suff. facts | | |
| | FINDING | JUDGE | FOR APPEARANCE BEFORE SUPERIOR COURT |
| APR 1 1994 | Prob. Cause Found | Sheehy | 1rst MONDAY OF May 1994 NEXT |
| | ☐ Cont. w/o finding until: | | FINAL DISPOSITION     DATE |
| | | | ☐ Discharged from probation |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | | ☐ Dismissed at request of probation |

## COUNT-OFFENSE
### c. POSS. F/A W/OUT A LIC, NOT HOME/WRK, NO LIC. C

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|

| DATE | PLEA | | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|---|
| NOV 02 1993 | ☑ Not Guilty  ☐ Guilty  ☐ Nolo | | UPON EXAMINATION, PROBABLE CAUSE FOUND AND DEFENDANT ORDERED TO RECOGNIZE IN THE SUM OF $ - WITH SURETY |
| | ☐ New Plea  ☑ Admits suff. facts | | |
| | FINDING | JUDGE | FOR APPEARANCE BEFORE SUPERIOR COURT |
| APR 1 1994 | Prob. Cause Found | Sheehy | 1rst MONDAY OF May 1994 NEXT |
| | ☐ Cont. w/o finding until: | | FINAL DISPOSITION     DATE |
| | | | ☐ Discharged from probation |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | | ☐ Dismissed at request of probation |

Robert E. Dein
ASSISTANT CLERK

## COUNT-OFFENSE
### d. POSSESSION AMMUNITION W/OUT IDENTIFICATION C14

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|

| DATE | PLEA | | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|---|
| NOV 02 1993 | ☑ Not Guilty  ☐ Guilty  ☐ Nolo | | UPON EXAMINATION, PROBABLE CAUSE FOUND AND DEFENDANT ORDERED TO RECOGNIZE IN THE SUM OF $ - WITH SURETY |
| | ☐ New Plea  ☑ Admits suff. facts | | |
| | FINDING | JUDGE | FOR APPEARANCE BEFORE SUPERIOR COURT |
| APR 1 1994 | Prob. Cause Found | Sheehy | 1rst MONDAY OF Monday 1994 NEXT |
| | ☐ Cont. w/o finding until: | | FINAL DISPOSITION     DATE |
| | | | ☐ Discharged from probation |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | | ☐ Dismissed at request of probation |

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|---|
| C | 11/2/93 | | @ #4 | | | 94-118 | 1850 | 2400 |
| NOV 22 93 | Cef Sore bail | | ( Hodos ) | | | | | |
| | in Hospital | | | | | | | |
| NOV 22 1993 | C 12-2-93 BHH | (A.P.) | | | | Sheehy | | |

☐ SEE REVERSE SIDE FOR DOCKET ENTRIES OF MOTIONS, CASE NOTES AND OTHER ACTIONS

| DATE | DOCKET ENTRIES |
|------|----------------|
| DEC 2  1993 | C 12-13- 93 BOH - |
| | AB |
| | 10 day pube waived |
| DEC 1 3 1993 | C 1-28-94 by GEORGE BREGIANES |
| | (SPB) |
| JAN 2 4 1994 | DJW  Sheehy |
| | Bail to be forfeited |
| 3-28-94 Bail forfeited - CAB # 5943.00 | |

# CRIMINAL COMPLAINT

**Trial Court of Massachusetts**
**District Court Department**

| COURT DIVISION | | |
|---|---|---|
| Springfield | | |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

CESAR S. CRUZ
90 HIGH ST.
SPFLD, MA

**TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:**

The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 4/5/73 | 621,620,702,701a |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 10/20/93 | SPFLD |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| THOMAS J. SHEEHAN | SPFLD |

| DATE OF OFFENSE | RETURN DATE AND TIME |
|---|---|
| 10/25/93 | WARRANT |

**COUNT-OFFENSE**

**a. ARMED ROBBERY WHILE MASKED C265 S17**

being armed with a dangerous weapon and while masked, disguised, or having his or her features artificially distorted, did assault DAVID WARRICK and did rob, steal or take from said person $300.00 cash,beeper, and leather jacket, in violation of G.L. c.265, s.17.

**COUNT-OFFENSE**

**b. ASSAULT BY DANGEROUS WEAPON C265 S15B**

did, by means of a dangerous weapon, HANDGUN, assault DAVID WARRICK, in violation of G.L. c.265, s.15B.

**COUNT-OFFENSE**

**c. POSS. F/A W/OUT A LIC., NOT HOME/WRK, NO LIC. C269 S10(a)**

did knowingly have in his or her possession, orunder his or her control in a vehicle, a loaded or unloaded firearm, as defined in G.L. c.140, s.121, said defendant not then being present in or on his or her residence or place of business, and not having in effect a license to carry firearms or otherwise being authorized by law so to do, in violation of G.L. c.269, s.10(a).

*Robert E. Fein*

A TRUE COPY. ATTEST

**ASSISTANT CLERK**

**COUNT-OFFENSE**

**d. POSSESSION AMMUNITION W/OUT IDENTIFICATION C140, S129C**

did possess ammunition for a firearm to wit .22 ammo without complying with the requirement relating to the firearm identification card for in Section 129C of Chapter 140 of the General laws, as amended.

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|
| *Thomas J Sheehan* | X *Robert E. Fein* | 10/25/93 | ☐ |

| FIRST JUSTICE | COURT ADDRESS |
|---|---|
| GEORGE BREGIANES | 50 State Street |
| | Springfield, MA 01103 |

A TRUE COPY
ATTEST: X

CLERK-MAGISTRATE/ASST. CLERK          ON (DATE)

Case 3:05-cr-30102-MAP    Document 102-9    Filed 09/08/2006    Page 10 of 14

# FINDING OF JUDGE-DETERMINATION OF INDIGENCY

After considering the report and recommendation of the probation officer or other appropriate court employee and after interrogating the defendant named in the complaint on the reverse side, if appropriate, based upon the standards in Supreme Judicial Court Rule 3:10, I FIND THAT THE DEFENDANT IS:

- ☐ **INDIGENT** because the defendant:

    - ☐ receives Aid to Families with Dependent Children (AFDC).

    - ☐ receives General Relief (GR).

    - ☐ receives poverty-related veterans benefits.

    - ☐ receives Food Stamps.

    - ☐ receives Medicaid.

    - ☐ receives Supplemental Security Income (SSI).

    - ☐ receives refugee resettlement benefits.

    - ☐ is committed to a public mental health facility.

    - ☐ is committed to a jail or correctional institution to serve a sentence.

    - ☐ has an annual income, after taxes, 125% or less of the current poverty threshold referred to in G.L. c. 261, § 27A.

    - ☐ has Available Funds that are insufficient to contribute any amount toward the anticipated cost of counsel.

- ☐ **INDIGENT BUT ABLE TO CONTRIBUTE**, and is therefore ordered to pay $_____ toward the anticipated cost of counsel.

- ☐ **NOT INDIGENT** and is able to pay the anticipated cost of counsel.

_____   _____
Date                        District Court Justice

---

## CERTIFICATE OF JUDGE — WAIVER OF COUNSEL

I hereby certify that the defendant named in the complaint on the reverse side has been informed of his/her right to counsel in accordance with Supreme Judicial Court Rule 3:10 and G.L. c. 211D, §5; that he/she has knowingly elected to proceed without a lawyer; and that he/she has:

- ☐ Executed a waiver of counsel in my presence.

- ☐ Refused to sign a waiver.

_____   _____
Date                        District Court Justice

| APPLICATION FOR COMPLAINT ☑ ADULT ☐ JUVENILE | NUMBER 9323CR+0017 | Trial Court of Massachusetts District Court Department |
|---|---|---|

☐ ARREST  ☐ HEARING  ☐ SUMMONS  ☑ WARRANT

*The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION

Springfield District Court
50 State Street
Springfield, MA 01103

| DATE OF APPLICATION 10·25·93 | DATE OF OFFENSE 10·20·93 | PLACE OF OFFENSE SPFLD |
|---|---|---|

NAME OF COMPLAINANT
THOMAS J. SHEEHAN

ADDRESS AND ZIP CODE OF COMPLAINANT
S.P.D.·D.B.

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
CESAR S. CRUZ
90 HIGH ST.
SPFLD · MA.

| NO. | OFFENSE | G.L. Ch. and Sec. |
|---|---|---|
| 1. | ASST. ARM ROB / MASKED Gun | 621 |
| 2. | ASST. B/M D/W Gun | 620 |
| 3. | CARRYING F/A W/O Lic. | 702 |
| 4. | POSS AMMO W/O FID | 701A |

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING | COURT USE ← ONLY |
|---|---|---|---|---|
|  |  |  | AT |  |

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | DAVID WARRICK | ROBBED of $300.00 CASH BEEPER LEATHER JACKET | ARMED W/ HANDGUN MASKED | |
| 2 | " " | FIRED HANDGUN AT VICTIM | | |
| 3 | | CARRYING .22 REV. W/O LIC. | | |
| 4 | | POSS .22 AMMO W/O LIC. | | |

OTHER REMARKS:

SEE REPORTS          x _Thomas J Sheehan_
                          SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH 4-5-73 | PLACE OF BIRTH | SOCIAL SECURITY NUMBER 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 | SEX M | RACE H/R | HEIGHT 6'2 | WEIGHT 130 | EYES BRN | HAIR BRN |
|---|---|---|---|---|---|---|---|---|

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME Robert E Cruz |
|---|---|---|---|

A TRUE COPY ATTEST

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | **NO PROCESS TO ISSUE** ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented | ASSISTANT CLERK |
| 10/25/93 | **PROCESS TO ISSUE** ☑ Sufficient evidence presented ☐ Defendant failed to appear  **TYPE OF PROCESS** suggested bail $10,000 ☑ Warrant ☐ Summons returnable | RSZ |
| | ☐ Continued to | COURT COPY |

COMMENTS

CR2 (3/88)

Trial Court of Massachusetts
District Court Department

APPLICATION FOR COMPLAINT

☐ JUVENILE

☐ ARREST ☐ HEARING ☐ SUMMONS ☐ WARRANT

COURT DIVISION

Springfield District Court
50 State Street
Springfield, MA 01103

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE

NAME OF COMPLAINANT

ADDRESS AND ZIP CODE OF COMPLAINANT

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

OFFENSE

COURT USE ONLY — A hearing upon this complaint application will be held at the above court address on

CASE PARTICULARS — BE SPECIFIC

OTHER REMARKS

DEFENDANT IDENTIFICATION INFORMATION

SOCIAL SECURITY NUMBER

Defendant failed to appear

Insufficient evidence presented

COMMENTS

DC-CR2 (3/85)