UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.                        ] | No. 05-CR-30042-MLW |
| ] | |
| CESAR CRUZ and            ] | |
| RICARDO DIAZ              ] | |

## GOVERNMENT'S WITNESS LIST

The United States hereby submits its list of potential witnesses for trial of this action. The government reserves its right to supplement or modify the list in light of the evidence that is admitted at the trial.

1. Special Agent Mark Karangekis
   Federal Bureau of Investigation
   Suite 600
   1 Center Plaza
   Boston, MA  02108

2. Trooper Kevin O'Toole
   Massachusetts State Police
   600 Liberty Street
   Springfield, MA  01104

3. Gabriel Hadad
   (Translator)
   P.O. Box 147
   Allston, MA  02134

4. Sheri Turowski
   Hampden County Sheriff's Dept & Correctional Center
   627 Randall Road
   Ludlow, MA  01056

5. Julian Rios
   [address withheld]

6.     Keri Jaworski
       Evidence Technician
       Federal Bureau of Investigation
       Suite 600
       1 Center Plaza
       Boston, MA  02108

7.     Robert Gemme
       Evidence Technician
       Federal Bureau of Investigation
       Suite 600
       1 Center Plaza
       Boston, MA  02108

8.     Florence Wong
       Laboratory Analyst
       Northeast Regional Laboratory
       929 Tenth Avenue
       New York, NY 10011

9.     Brian O'Rourke
       Laboratory Analyst
       Northeast Regional Laboratory
       929 Tenth Avenue
       New York, NY 10011

10.    Keeper of Records
       Verizon

11.    Keeper of Records
       Sprint

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    */s/: Andrew E. Lelling*
      Andrew E. Lelling
      Sharron A. Kearney
      Assistant U.S. Attorneys

Date:  September 12, 2006