```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. A. No.05-30042-MLW |
| ) | |
| RICARDO DIAZ, ET AL.  ) | |

ORDER

WOLF, D.J.                                        September 13, 2006

    The court now realizes that it has long been unavailable to conduct the trial of this case on September 21 and 22, 2006. The court is informed that Joseph Franco, Esq. is now available to commence trial on September 25, 2006. Accordingly, it is hereby ORDERED that:

    1.   Trial shall commence on September 25, 2006, at 9:00 a.m.

    2.   The final pretrial conference previously scheduled for September 14, 2006, shall be held on September 20, 2006, at 11:00 a.m.


                                                /S/ MARK L. WOLF
                                                UNITED STATES DISTRICT COURT