UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 05-CR-30042-MLW |
| | ] | |
| CESAR CRUZ and | ] | |
| RICARDO DIAZ | ] | |

**GOVERNMENT'S *THIRD REVISED* EXHIBIT LIST**

The United States hereby submits this revised exhibit list for trial of this action.  It has

been revised to include as exhibits a photograph and the stipulations reached by the parties.

**1.**     Drugs and packaging (January 5, 2005, transaction)

   **1A.**     Drug Certification for Exhibit 1

**2.**     Drugs and packaging (March 30, 2005, transaction)

   **2A.**     Drug Certification for Exhibit 2

**3.**     Massachusetts Registry of Motor Vehicles record related to Cesar Cruz (certified)

**4.**     Massachusetts Registry of Motor Vehicles record related to Ricardo Diaz (certified)

**5.**     Recording of two telephone conversations occurring on January 5, 2005

   **5A.**     Transcript of Exhibit 5, with English translation (Call 1)

   **5B.**     Transcript of Exhibit 5, with English translation (Call 2)

**6.**     Recording of excerpts of telephone conversation occurring on January 7, 2005

   **6A**.     Transcript of Exhibit 6, with English translation

**7.**     Video/audio recording of transaction occurring on January 5, 2005

   **7A.**     Transcript of Exhibit 7, with English translation

   **7B.**     Still image from video of January 5, 2005, transaction

**7C.**    Still image from video of January 5, 2005, transaction

**7D.**    Still image from video of January 5, 2005, transaction

**7E**.    Still image from video of January 5, 2005 transaction

**8.**    Video/audio recording of transaction occurring on March 30, 2005

**8A.**    Transcript of Exhibit 8, with English translation

**8B.**    Still image from video of March 30, 2005, transaction

**8C.**    Still image from video of March 30, 2005, transaction

**8D**.    Still image from video of March 30, 2005 transaction

**9.**    Sprint cellular telephone records related to number 413-218-4521, January 1, 2005, through April 1, 2005.

**10.**    Sprint cellular telephone records related to number 413-218-5971, January 1, 2005, through April 1, 2005

**11.**    Verizon cellular telephone records related to account 413-262-5447, for January 1, 2005, through April 1, 2005

**12.**    Two Photographs (one page) of a Video Camera

**13.**    Stipulation Regarding Drug Evidence (Exhibits 1, 1A, 2, & 2A)

**14.**    Stipulation Regarding Transcripts of Audio and Video Recordings (Exhibits 5A, 5B, 6, 6A, 7A & 8A)

**15.**     Stipulation Regarding Admissibility of Public and Business Records (Exhibits 3, 4, 9, 10,

        & 11)

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                           By:    */s/: Andrew E. Lelling*
                                  Andrew E. Lelling
                                  Sharron A. Kearney
                                  Assistant U.S. Attorneys

Date:   September 18, 2006