UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 05-30042-MLW |
| v. | ) | |
| | ) | |
| CESAR CRUZ et al, | ) | |
| Defendant | ) | |

## DEFENDANTS' NOTICE PURSUANT TO FEDERAL RULES OF EVIDENCE 609(b) TO USE PRIOR CONVICTIONS OF THE GOVERNMENT'S COOPERATING WITNESS, JULIAN RIOS

Now come the Defendants in the above-referenced matter and notify the Government of their intention to introduce the following prior convictions of its cooperating witness, Julian Rios, pursuant to Federal Rules of Evidence 609(b).

| YEAR | OFFENSE | LOCATION | RESULT |
|---|---|---|---|
| 1994 | Possession of heroin | Springfield | G 6 mos CMTD |
| | Distribution of heroin | Springfield | G 6 mos CMTD |
| 1995 | B & E/Larceny | Springfield | G 6 mos CMTD |
| 1995 | Shoplifting | Springfield | G filed (misd) |
| 1997 | PWID Drugs Nr Schl | Springfield | G 7 yrs CMTD |

Respectfully submitted,
THE DEFENDANT                                THE DEFENDANT
RICARDO DIAZ                                 CESAR CRUZ


 /s/ Terry Scott Nagel, Esq.                  /s/ Joseph A. Franco, Esq.
By His Attorney                              By His Attorney
Terry Scott Nagel, Esq.                      Joseph A, Franco, Esq.
BBO# 366430                                  BBO# 543038
95 State Street, Suite 918                   51 Park Avenue, Suite 7
Springfield, MA 01103                        West Springfield, MA 01089
Tel: (413) 731-8811                          Tel: (413) 737-2675
Fax: (413) 731-6641                          Fax: (413) 747-1721

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 19, 2006.

    /s/ Joseph A. Franco, Esq.