UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30042-MLW |
| v. ) | |
| ) | |
| CESAR CRUZ, ) | |
|    Defendant ) | |

## DEFENDANTS' EXHIBIT LIST

The Defendants in the above-entitled matter submit their exhibit list herewith.

1. Various criminal record documents pertaining to the cooperating witness, Julian Rios.

2. Various documents from the Hampden County Probate & Family Court Docket Number 89W 0017.

3. Various documents from the Hampden County Probate & Family Court Docket Number 95W 2040.

| | |
|---|---|
| THE DEFENDANT | THE DEFENDANT |
| RICARDO DIAZ | CESAR CRUZ |
| | |
| /s/ Terry Scott Nagel, Esq. | /s/ Joseph A. Franco, Esq. |
| By His Attorney | By His Attorney |
| Terry Scott Nagel, Esq. | Joseph A, Franco, Esq. |
| BBO# 366430 | BBO# 543038 |
| 95 State Street, Suite 918 | 51 Park Avenue, Suite 7 |
| Springfield, MA 01103 | West Springfield, MA 01089 |
| Tel: (413) 731-8811 | Tel: (413) 737-2675 |
| Fax: (413) 731-6641 | Fax: (413) 747-1721 |

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 19, 2006.

        /s/ Joseph A. Franco, Esq.