UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.            ] | No. 05-CR-30042-MLW |
| ] | |
| CESAR CRUZ and     ] | |
| RICARDO DIAZ      ] | |

**GOVERNMENT'S *FOURTH REVISED* EXHIBIT LIST**

The United States hereby submits this revised exhibit list for trial of this action. It has been revised to include additional still images.

**1.**   White Powder Substance and Packaging

   **1A.**   Drug Certification for Exhibit 1

**2.**   Off-White Rock-Like Substance and Packaging

   **2A.**   Drug Certification for Exhibit 2

**3.**   Massachusetts Registry of Motor Vehicles record related to Cesar Cruz (certified)

**4.**   Massachusetts Registry of Motor Vehicles record related to Ricardo Diaz (certified)

**5.**   Recording of two telephone conversations occurring on January 5, 2005

   **5A.**   Transcript of Exhibit 5, with English translation (Call 1)

   **5B.**   Transcript of Exhibit 5, with English translation (Call 2)

**6.**   Recording of excerpts of telephone conversation occurring on January 7, 2005

   **6A**.   Transcript of Exhibit 6, with English translation

**7.**   Video/audio recording of transaction occurring on January 5, 2005

   **7A.**   Transcript of Exhibit 7, with English translation

   **7B.**   Still image from video of January 5, 2005, transaction

|    |     |    |
|----|-----|----|
| | **7C.** | Still image from video of January 5, 2005, transaction |
| | **7D.** | Still image from video of January 5, 2005, transaction |
| | **7E**. | Still image from video of January 5, 2005 transaction |
| | **7F.** | Still image from video of January 5, 2005 transaction |
| | **7G.** | Still image from video of January 5, 2005 transaction |
| **8.** | | Video/audio recording of transaction occurring on March 30, 2005 |
| | **8A.** | Transcript of Exhibit 8, with English translation |
| | **8B.** | Still image from video of March 30, 2005, transaction |
| | **8C.** | Still image from video of March 30, 2005, transaction |
| | **8D**. | Still image from video of March 30, 2005 transaction |
| | **8E.** | Still image from video of March 30, 2005 transaction |
| **9.** | | Sprint cellular telephone records related to number 413-218-4521, January 1, 2005, through April 1, 2005. |
| **10.** | | Sprint cellular telephone records related to number 413-218-5971, January 1, 2005, through April 1, 2005 |
| **11.** | | Verizon cellular telephone records related to account 413-262-5447, for January 1, 2005, through April 1, 2005 |
| **12.** | | Two Photographs (one page) of a Video Camera |
| **13.** | | Stipulation Regarding Drug Evidence (Exhibits 1, 1A, 2, & 2A) |
| **14.** | | Stipulation Regarding Transcripts of Audio and Video Recordings (Exhibits 5A, 5B, 6, 6A, 7A & 8A) |

15.     Stipulation Regarding Admissibility of Public and Business Records (Exhibits 3, 4, 9, 10, & 11)

                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

                              By:    /s/ *Andrew Lelling*
                                      Andrew E. Lelling
                                        Sharron A. Kearney
                                        Assistant U.S. Attorneys

Date:   September 21, 2006

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing motion was served on all interested and registered parties to this action by means of the electronic filing system on September 21, 2006 and paper copies of same have been served on all interested parties who are not registered for electronic filing by first class mail, postage prepaid, at the addresses listed in the file.

                                              /s/ Andrew Lelling  
                                              Andrew E. Lelling