UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-30042

| United States of America | Ricardo Diaz |
| --- | --- |
| PLAINTIFF | Cesar Cruz |
|  | DEFENDANT |
| Andrew Lelling | Terry Nagel |
| Sharon Kearney | Joseph Franco |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Patrisso

## CLERK'S NOTES

| DATES: | Jury Trial - Day 1 |
| --- | --- |
| 9/25/06 | Interpreter, Laura Eastment, sworn in. Court goes over preliminary matters with the parties. Court goes over the voir dire questions for the jury with the parties. Keeper of the records, Mary Keeler, from Hampden County Family and Probate court appears pursuant to subpoena. Interpreter, Deborah Huacuja, sworn in. Court will mail the records which were made exhibits A1 and A2 back to the Family and Probate court. Court marks letter from government to defense counsel dated 9/20/06 as exhibit B. Court determines that there is need to conduct a voir dire and rules certain expert testimony admissible from Agent Karangekis. Jury pool of 61 brought in and sworn. Jury of 12 and 2 alternates sworn in. Jury is excused for the day. Defendants raise issue regarding certain government exhibits. |