UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-30042

| United States of America<br>PLAINTIFF | Ricardo Diaz<br>Cesar Cruz<br>DEFENDANT |
|---|---|
| Andrew Lelling<br>Sharon Kearney | Terry Nagel<br>Joseph Franco |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Patrisso

CLERK'S NOTES

| DATES: | Pre-trial Conference |
|---|---|
| 9/18/06 | Interpreter, Deborah Huacuja, sworn in.  Court allows defense counsels' request to provide housing for the defendants while the trial is on next week.  Defense counsel shall work with PTS to make arrangements for their clients to reside at the YMCA.  Court issues oral order modifying the defendants' conditions of release to require them to reside at the YMCA starting Sunday, September 24, 2006 through the course of the trial.  All counsel have signed the stipulations, not the defendants.  Government will file the stipulations later today once the defendant sign the same.  Government seeks to have the stipulations regarding the drug analysis and the transcripts.  Court goes over the admissibility of certain taped telephone calls coming into evidence.  Court also goes over the pending motions for limine.  Court marks letter from AUSA Smith to attorney Nagel dated 1/4/05 as exhibit 1 of today's date (not as a trial exhibit).  Court will allow government agent to sit in courtroom gallery but not at counsel's table.  Government agrees to seek permission at side bar before using any evidence regarding defendant, Curz's drug use at trial.  Government to provide two sets of the Jencks Materials and three copies of the exhibits.  Government to send a copy of the letter regarding expert testimony today.  Defendants shall by 12:00 tomorrow file any objection/motion in limine to the expert testimony. |