UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR05-30042

| United States of America | Ricardo Diaz |
| | Cesar Cruz |
| PLAINTIFF | DEFENDANT |
| Andrew Lelling | Terry Nagel |
| Sharon Kearney | Joseph Franco |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  Romanow

## CLERK'S NOTES

| DATES: | Jury Trial - Day 2 |
|---|---|
| 9/26/06 | Court goes over preliminary matters with the parties while it waits for the final two jurors to arrive. |
| | Jury brought in and given its preliminary instructions by the court. Indictment read to the jury by the clerk. |
| | Government presents its opening statement. Defendant Cesar Cruz makes his opening statement. Defendant Ricardo Diaz reserves his opening statement. Government calls agent Mark Karangekis - witness takes the stand and is sworn. Court takes its morning recess. Trial resumes with the direct exam of Agent Karangekis. Government reads stipulation regarding the drug evidence into the record. Court resumes for the afternoon session with Agent Karangekis on the stand. Government calls Julian Rios - witness takes the stand and is sworn. Testimony ends for the day. Court excuses the jury for the day and takes up matters with the parties. Court orders the government to provide copies of any letters/disclosures related to Rios provided to the defendants. |