UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Docket Number 05-30042-MLW |
| vs. | ) | |
| | ) | |
| CESAR CRUZ and RICARDO DIAZ, | ) | |
|     Defendant | ) | |

### DEFENDANTS JOINT MOTION TO ALTER
### TERMS AND CONDITIONS OF RELEASE

Now come the Defendants in the above entitled matter and move this Court for an order granting relief from pretrial conditions requiring the Defendants to refrain from contact with each other. Said relief requested is limited to allowing the Defendants to travel to and from Boston together for court hearings and trial until disposition of this case. As grounds therefor, the Defendants state that transportation issues make it necessary for the Defendants to travel together and to timely attend all court appearances.

| | |
|---|---|
| THE DEFENDANT | THE DEFENDANT |
| RICARDO DIAZ | CESAR CRUZ |
| | |
| /s/ Terry Scott Nagel, Esq. | /s/ Joseph A. Franco, Esq. |
| By His Attorney | By His Attorney |
| Terry Scott Nagel, Esq. | Joseph A, Franco, Esq. |
| BBO# 366430 | BBO# 543038 |
| 95 State Street, Suite 918 | 51 Park Avenue, Suite 7 |
| Springfield, MA 01103 | West Springfield, MA 01089 |
| Tel: (413) 731-8811 | Tel: (413) 737-2675 |
| Fax: (413) 731-6641 | Fax: (413) 747-1721 |

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 27, 2006.

      /s/ Joseph A. Franco, Esq.