UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No. 05-CR-30042-MLW |
| | ] | |
| CESAR CRUZ and | ] | |
| RICARDO DIAZ | ] | |

**STATUS REPORT REGARDING POTENTIAL CHANGE OF PLEA**

On November 28, 2006, the Court ordered the parties to report by December 6, 2006, as to whether this case will be resolved short of trial.

As of this date it appears the case will not be resolved short of trial. The government recently made an amended plea offer to defendant Cesar Cruz, which he rejected. As to Ricardo Diaz, it appears his decision on whether to change his plea depends in part on whether Mr. Cruz chooses to do so.

The parties will continue to try and resolve this case, and will keep the Court apprised of any further progress.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Andrew Lelling
       Andrew Lelling
       Sharron Kearney
       Assistant U.S. Attorneys

Date:  December 6, 2006