```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )    Cr. No. 05-30042-MLW
                              )
CESAR CRUZ                    )
RICARDO DIAZ                  )
```

<u>ORDER</u>

WOLF, D.J.                                          December 20, 2006

    The December 21, 2006 hearing is hereby RESCHEDULED and will begin at 10:00 a.m. FBI Special Agent Karangekis shall attend.

    In its December 14, 2006 submission, the government offered to provide the court the file containing the materials discovered on December 13, 2006. It shall be submitted to the court by 4:00 p.m. on December 20, 2006.

                                                               /s/ MARK L. WOLF
                                               UNITED STATES DISTRICT JUDGE