UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-30042

| | |
|---|---|
| | Ricardo Diaz |
| United States | Cesar Cruz |
| PLAINTIFF | DEFENDANT |
| | |
| Andrew Lelling, Sharon Kearney | Terry Nagel |
| Michael Pelgro | Joseph Franco |
| Michael Loucks | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf        CLERK  O'Leary        REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 12/21/06 | Interpreter, Deborah Huacuja, sworn in.  Government confirms for the court that it wishes to dismiss the case against both defendants without prejudice and reiterates the reasons for the request as set forth in their filings.  Government explains why it is not seeking a dismissal with prejudice.  Government explains that it is by contract and not court order essentially dismissing without prejudice based on its promise not to reindict.  Government asks that the court accept the government request to dismiss without prejudice as agreed to by the defendants.  Court orders the government to order the transcript from the previous hearing Sept. 2006  Defendant Cruz informs the court that he consents to the action requested by the government.  Defendant Diaz informs the court that he too consents to the action requested by the government.  Court grants the governments motion to dismiss without prejudice.  Court orders the parties to purchase the transcript from this hearing.  Written order to issue. |