UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA        )
                                )
             v.                 )      Cr. No. 05-30042-MLW
                                )
CESAR CRUZ                      )
RICARDO DIAZ                    )
```

ORDER

WOLF, D.J.                                          December 21, 2006

     As more fully described in court on December 21, 2006, in view of the government's promise not to indict defendants Cesar Cruz and Ricardo Dias again for the conduct underlying the charges in this case, and each defendant's consent given in reliance on that promise, it is hereby ORDERED that, pursuant to Federal Rule of Criminal Procedure 48(a), the government's motion to dismiss (Docket No. 158) is ALLOWED and this case is DISMISSED.


                              /s/ MARK L. WOLF
                         UNITED STATES DISTRICT JUDGE