UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES of AMERICA**
      **Plaintiff**

V.

**RICARDO DIAZ and CESAR CRUZ**
      **Defendant**

CRIMINAL CASE

NO.  05-30042-MLW

## JUDGMENT OF DISMISSAL

In accordance with the Court's ORDER dated December 21, 2006, in the above-referenced action, dismissing this action, it is hereby ORDERED:

That this case is hereby DISMISSED without prejudice and the Defendants are discharged without day and any bond exonerated.

/s/ Mark L. Wolf
**Signature of Judicial Officer**

**Mark L. Wolf, U.S. District Judge**
**Name and Title of Judicial Officer**

January 29, 2007
**Date**